$^{0}$₂ AO 440 (Rev. 03/08)  Civil Summons

# UNITED STATES DISTRICT COURT

for the

## Northern District of California

| | |
|---|---|
| PALMTREE ACQUISITION CORPORATION, a Delaware corporation, | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. C08-03168 EMC |
| MICHAEL R. NEELY, et al. (see Attachment for full caption) | ) |
| Defendant | ) |

**Summons in a Civil Action**

To: See Attachment

*(Defendant's name)*

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

COX, CASTLE & NICHOLSON LLP

STUART I. BLOCK

PETER M. MORRISETTE

555 California Street, 10th Floor

San Francisco, CA 94104

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   **AUG X 7 2008**

Richard W. Wieking

Name of clerk of court

SHEILA NASH

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____ ,
by:

    (1)  personally delivering a copy of each to the individual at this place, _____ ; or

    (2)  leaving a copy of each at the individual's dwelling or usual place of abode with _____
        who resides there and is of suitable age and discretion; or

    (3)  delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
        _____ ; or

        returning the summons unexecuted to the court clerk on _____ .

My fees are $ _____ 0.00 _ for travel and $ _____ 0.00 _ for services, for a total of $ _____ 0.00 _ .

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

## ATTACHMENT
Case No. CV 08-03168

**PALMTREE ACQUISITION CORPORATION, a Delaware corporation,**

      **Plaintiff,**

    **vs.**

**MICHAEL R. NEELY, an individual; PERRY J. NEELY, an individual; GARY NEELY, an individual; MICHAEL R. NEELY, PERRY J. NEELY and GARY NEELY dba MIKE'S ONE HOUR CLEANERS; CHARLES FREDERICK HARTZ dba PAUL'S SPARKLE CLEANERS; CHARLES F. HARTZ, an individual; MULTIMATIC CORPORATION, a New Jersey corporation; WESTERN STATES DESIGN, a California corporation; MCCORDUCK PROPERTIES LIVERMORE, LLC, a Delaware limited liability company individually and as the successor to JOHN MCCORDUCK, KATHLEEN MCCORDUCK, PAMELA MCCORDUCK, SANDRA MCCORDUCK MARONA, and IMA FINANCIAL CORPORATION, a California corporation; STARK INVESTMENT COMPANY, a California general partnership; GRUBB & ELLIS REALTY INCOME TRUST, LIQUIDATING TRUST, a California trust; and DOES 1-20, inclusive,**

      **Defendants.**

**TO:**

**MICHAEL R. NEELY, an individual; PERRY J. NEELY, an individual; GARY NEELY, an individual; MICHAEL R. NEELY, PERRY J. NEELY and GARY NEELY dba MIKE'S ONE HOUR CLEANERS; CHARLES FREDERICK HARTZ dba PAUL'S SPARKLE CLEANERS; CHARLES F. HARTZ, an individual; MULTIMATIC CORPORATION, a New Jersey corporation; WESTERN STATES DESIGN, a California corporation; MCCORDUCK PROPERTIES LIVERMORE, LLC, a Delaware limited liability company individually and as the successor to JOHN MCCORDUCK, KATHLEEN MCCORDUCK, PAMELA MCCORDUCK, SANDRA MCCORDUCK MARONA, and IMA FINANCIAL CORPORATION, a California corporation; STARK INVESTMENT COMPANY, a California general partnership; GRUBB & ELLIS REALTY INCOME TRUST, LIQUIDATING TRUST, a California trust; and DOES 1-20.**