BRUCE C. PALTENGHI, ESQ. #83918
DYLAN RADKE, ESQ. #207757
GORDON, WATROUS, RYAN, LANGLEY
BRUNO & PALTENGHI
A Professional Corporation
611 Las Juntas Street - P.O. Box 630
Martinez, California 94553
Telephone: 925.228.1400
Facsimile: 925.228.3644

Attorneys for Defendant
McCORDUCK PROPERTIES LIVERMORE, LLC
A Delaware Limited Liability Company

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALMTREE ACQUISITION CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL R. NEELY, an individual; PERRY J. NEELY, an individual; GARY NEELY an individual; MICHAEL R. NEELY, PERRY J. NEELY and GARY NEELY dba MIKE'S ONE HOUR CLEANERS; CHARLES FREDERICK HARTZ dba PAUL'S SPARKLE CLEANERS; CHARLES F. HARTZ, an individual; MULTIMAC CORPORATION, a New Jersey corporation; WESTERN STATES DESIGN, a California corporation; McCORDUCK PROPERTIES LIVERMORE, LLC, a Delaware limited liability company individually and as the successor to JOHN McCORDUCK, KATHLEEN McCORDUCK, PAMELA McCORDUCK MARONA, and IMA FINANCIAL CORPORATION, a California corporation; STARK INVESTMENT COMPANY, a California general partnership; GRUBB & ELLIS REALTY INCOME TRUST, LIQUIDATING TRUST, a California trust; and DOES 1-20, inclusive,<br><br>Defendants. | No. CV 08 3168 EMC<br><br>STIPULATION RE EXTENSION OF TIME TO RESPOND<br><br>Hon. Edward M. Chen |

-1-

STIPULATION RE EXTENSION OF TIME TO RESPOND

## STIPULATION

Pursuant to Local Rule 6-1(a), the parties below hereby stipulate to allow Defendant McCORDUCK PROPERTIES LIVERMORE, LLC, until September 15, 2008 to answer or otherwise respond to the Complaint of Plaintiff PALMTREE ACQUISITION CORPORATION.

Dated: Aug. 26, 2008

COX, CASTLE & NICHOLSON, LLP

By _____
PETER M. MORRISETTE
Attorney for Plaintiff

Dated: Aug. 26, 2008

GORDON, WATROUS, RYAN, LANGLEY
BRUNO & PALTENGHI

By _____
BRUCE C. PALTENGHI, Attorneys for
McCORDUCK PROPERTIES LIVERMORE,
LLC
A Delaware Limited Liability Company

## STIPULATION

Pursuant to Local Rule 6-1(a), the parties below hereby stipulate to allow Defendant McCORDUCK PROPERTIES LIVERMORE, LLC, until September 15, 2008 to answer or otherwise respond to the Complaint of Plaintiff PALMTREE ACQUISITION CORPORATION.

Dated: _____, 2008         COX, CASTLE & NICHOLSON, LLP

By _____
   PETER M. MORRISETTE
   Attorney for Plaintiff

Dated: _Aug. 26_, 2008               GORDON, WATROUS, RYAN, LANGLEY
                                     BRUNO & PALTENGHI

By _____
   BRUCE C. PALTENGHI, Attorneys for
   McCORDUCK PROPERTIES LIVERMORE,
   LLC
   A Delaware Limited Liability Company

**Palmtree Acquisition Corp. v. McCorduck Properties Livermore, LLC, et al.**
USDC, Northern District of California Case No. CV 08 3168 EMC

## PROOF OF SERVICE

I declare that I am employed in the County of Contra Costa, California. I am over the age of eighteen years and not a party to the within cause; my business address is 611 Las Juntas Street, Martinez, California.

On August 26, 2008, I served the within **STIPULATION RE EXTENSION OF TIME TO RESPOND,** on the following interested party(s) in said cause:

### SEE ATTACHED MAILING LIST.

### VIA MAIL - CCP §§1013(a), 2015.5

By placing a true copy thereof enclosed in a sealed envelope(s), addressed as above, and placing each for collection and mailing on that date following ordinary business practices. I am readily familiar with my firm's business practice of collection and processing of correspondence for mailing with the United States Postal Service and correspondence placed for collection and mailing would be deposited with the United States Postal Service at Martinez, California, with postage thereon fully prepaid, that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on August 26, 2008, at Martinez, California.

Janice P. Anderson

**Palmtree Acquisition Corp. v. McCorduck Properties Livermore, LLC, et al.**
USDC, Northern District of California Case No. CV 08 3168 EMC

## MAILING LIST

| | |
|---|---|
| Stuart I Block, Esq.<br>Peter M. Morrisette, Esq.<br>Cox, Castle & Nicholson, LLP<br>555 California Street, 10th Floor<br>San Francisco, CA 94104 | *Attorney for Palmtree Acquisition Corp.*<br><br>Telephone: (415) 392-4200<br>Fax:           (415) 392-4250 |
| Christine K. Noma, Esq.<br>Wendell, Rosen, Black & Dean, LLP<br>1111 Broadway, 24th Floor<br>P.O. Box 2047<br>Oakland, CA 94604-2047 | *Attorney for Michael Neel, Perry Neely &*<br>*Gary Neely, individually and dba Mike's 1*<br>*Hr. Cleaners*<br><br>Telephone: (510) 834-6600<br>Fax:           (510) 834-1928 |
| Robert C. Goodman, Esq.<br>Zachary M. Radford, Esq.<br>Rogers, Joseph & O'Donnell<br>311 California St., 10th Floor<br>San Francisco, CA 94104 | *Attorney for Charles F. Hartz dba Paul's*<br>*Sparkle Cleaners*<br><br>Telephone: (415) 956-2828<br>Fax:           (415) 956-6457 |
| Thomas A. Vandenberg, Esq.<br>Dongell, Lawrence & Finney, LLP<br>707 Wilshire Blvd., 45th Floor<br>Los Angeles, CA 90017 | *Attorney for Multimatic Corporation*<br><br>Telephone: (213) 943-6100<br>Fax:           (213) 943-6101 |
| Kenneth W. Pritkin, Esq.<br>Foley, McIntosh, Frey & Claytor<br>3675 Mr. Diablo Blvd., Suite 250<br>Lafayette, CA 94549 | *Attorney for Western States Design*<br><br>Telephone: (925) 284-3020<br>Fax:           (925) 284-3029 |
| Paul Kozachenko, Esq.<br>Gonsalves & Kozachenko<br>1133 Auburn Street<br>Fremont, CA 94538 | *Attorney for Stark Investment Company*<br><br>Telephone: (415) 770-3900<br>Fax:           (415) 657-9876 |
| James F. Ellis, Esq.<br>Ellis Partners, LLC<br>111 Sutter Street, Suite 800<br>San Francisco, CA 94104 | *Attorney for Grubb & Ellis Realty Income*<br>*Trust Liquidating Trust*<br><br>Telephone: (415) 391-9800<br>Fax:           (415) 391-4711 |