1 ROGERS JOSEPH O'DONNELL
ROBERT C. GOODMAN (State Bar No. 111554)
2 ZACHARY M. RADFORD (State Bar No. 237891)
311 California Street
3 San Francisco, California 94104
Telephone: 415.956.2828
4 Facsimile: 415.956.6457

5 Attorneys for Defendants
CHARLES FREDERICK HARTZ dba PAUL'S
6 SPARKLE CLEANERS and CHARLES F. HARTZ

7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO

10

| | |
|---|---|
| 11 PALMTREE ACQUISITION CORPORATION, a Delaware corporation | Case No. 3:08-cv-03168-EMC |
| 12 Plaintiff, | **STIPULATION RE EXTENSION OF TIME TO RESPOND** |
| 13 vs. | |
| 14 MICHAEL R. NEELY, an individual; PERRY J. NEELY, an individual; GARY NEELY, an | Date of first filing: 07/01/2008<br>Trial Date: None Set |
| 15 individual; MICHAEL R. NEELY, PERRY J. NEELY and GARY NEELY dba MIKE'S ONE | |
| 16 HOUR CLEANERS; CHARLES FREDERICK HARTZ dba PAUL'S SPARKLE CLEANERS; | |
| 17 CHARLES F. HARTZ, an individual; MULTIMATIC CORPORATION, a New Jersey | |
| 18 corporation; WESTERN STATES DESIGN, a California corporation; MCCORDUCK | |
| 19 PROPERTIES LIVERMORE, LLC, a Delaware limited liability company individually and as the | |
| 20 successor to JOHN MCCORDUCK, KATHLEEN MCCORDUCK, PAMELA MCCORDUCK, | |
| 21 SANDRA MCCORDUCK MARONA, and IMA FINANCIAL CORPORATION, a California | |
| 22 corporation; STARK INVESTMENT COMPANY, a California general partnership; GRUBB & ELLIS | |
| 23 REALTY INCOME TRUST, LIQUIDATING TRUST, a California trust; and DOES 1-20, | |
| 24 inclusive, | |
| 25 Defendants. | |

26

27

28

Page 1

Stipulation re Extension of Time to Respond – Case No. 3:08-cv-03168-EMC

271280.1

1

2

## STIPULATION

Pursuant to Local Rule 6-1(a), the parties below hereby stipulate to allow

3

Defendants CHARLES FREDERICK HARTZ dba PAUL'S SPARKLE CLEANERS and

4

CHARLES F. HARTZ until September 15, 2008 to respond to Plaintiff PALMTREE

5

ACQUISITION CORPORATION's Complaint.

6

7

Dated: August 29, 2008

8

9

10

11

12

13

14

ROGERS JOSEPH O'DONNELL

By: _____

ZACHARY M. RADFORD

Attorneys for Defendants
CHARLES FREDERICK HARTZ dba
PAUL'S SPARKLE CLEANERS and
CHARLES F. HARTZ

15

Dated: August 29, 2008

16

17

18

19

20

COX, CASTLE & NICHOLSON LLP

By: _____

PETER M. MORRISETTE

Attorneys for Plaintiff
PALMTREE ACQUISITION
CORPORATION

21

·22

23

24

25

26

27

28

Page 2

Stipulation re Extension of Time to Respond — Case No. 3:08-cv-03168-EMC

271280 1