1  BRUCE C. PALTENGHI, ESQ. #83918
   DYLAN RADKE, ESQ. #207757
2  GORDON, WATROUS, RYAN, LANGLEY
   BRUNO & PALTENGHI
3  A Professional Corporation
   611 Las Juntas Street - P.O. Box 630
4  Martinez, California 94553
   Telephone:   925.228.1400
5  Facsimile:   925.228.3644

6  Attorneys for Defendant
   McCORDUCK PROPERTIES LIVERMORE, LLC
7  A Delaware Limited Liability Company

8

9                  UNITED STATES DISTRICT COURT

                FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 PALMTREE ACQUISITION                        No.  CV 08 3168 EMC
   CORPORATION, a Delaware corporation,
12                                             STIPULATION RE EXTENSION
                Plaintiff,                     OF TIME TO RESPOND ; ORDER
13
                                               Hon. Edward M. Chen
14              vs.

15 MICHAEL R. NEELY, an individual;
   PERRY J. NEELY, an individual; GARY
16 NEELY an individual; MICHAEL R.
   NEELY, PERRY J. NEELY and GARY
17 NEELY dba MIKE'S ONE HOUR
   CLEANERS; CHARLES FREDERICK
18 HARTZ dba PAUL'S SPARKLE
   CLEANERS; CHARLES F. HARTZ, an
19 individual; MULTIMAC CORPORATION,
   a New Jersey corporation; WESTERN
20 STATES DESIGN, a California corporation;
   McCORDUCK PROPERTIES
21 LIVERMORE, LLC, a Delaware limited
   liability company individually and as the
22 successor to JOHN McCORDUCK,
   KATHLEEN McCORDUCK, PAMELA
23 McCORDUCK MARONA, and IMA
   FINANCIAL CORPORATION, a California
24 corporation; STARK INVESTMENT
   COMPANY, a California general
25 partnership; GRUBB & ELLIS REALTY
   INCOME TRUST, LIQUIDATING TRUST,
26 a California trust; and DOES 1-20, inclusive,

27              Defendants.

28

-1-

STIPULATION RE EXTENSION OF TIME TO RESPOND

## STIPULATION

Pursuant to Local Rule 6-1(a), the parties below hereby stipulate to allow Defendant McCORDUCK PROPERTIES LIVERMORE, LLC, until September 15, 2008 to answer or otherwise respond to the Complaint of Plaintiff PALMTREE ACQUISITION CORPORATION.

Dated: _Aug. 26_, 2008          COX, CASTLE & NICHOLSON, LLP

By _____
     PETER M. MORRISETTE
     Attorney for Plaintiff


Dated: _Aug. 26_, 2008          GORDON, WATROUS, RYAN, LANGLEY
                                BRUNO & PALTENGHI

By _____
     BRUCE C. PALTENGHI, Attorneys for
     McCORDUCK PROPERTIES LIVERMORE,
     LLC
     A Delaware Limited Liability Company

STIPULATION RE EXTENSION OF TIME TO RESPOND

**STIPULATION**

Pursuant to Local Rule 6-1(a), the parties below hereby stipulate to allow Defendant McCORDUCK PROPERTIES LIVERMORE, LLC, until September 15, 2008 to answer or otherwise respond to the Complaint of Plaintiff PALMTREE ACQUISITION CORPORATION.

Dated: _____, 2008        COX, CASTLE & NICHOLSON, LLP

By _____
   PETER M. MORRISETTE
   Attorney for Plaintiff

Dated: _____Aug. 26_____, 2008        GORDON, WATROUS, RYAN, LANGLEY
                                      BRUNO & PALTENGHI

By _____
   BRUCE C. PALTENGHI, Attorneys for
   McCORDUCK PROPERTIES LIVERMORE,
   LLC
   A Delaware Limited Liability Company

IT IS SO ORDERED

IT IS SO ORDERED
Judge Edward M. Chen

_____
Edward M. Chen
U.S. Magistrate Judge

-2-

STIPULATION RE EXTENSION OF TIME TO RESPOND

**Palmtree Acquisition Corp. v. McCorduck Properties Livermore, LLC, et al.**
USDC, Northern District of California Case No. CV 08 3168 EMC

## PROOF OF SERVICE

I declare that I am employed in the County of Contra Costa, California. I am over the age of eighteen years and not a party to the within cause; my business address is 611 Las Juntas Street, Martinez, California.

On August 26, 2008, I served the within **STIPULATION RE EXTENSION OF TIME TO RESPOND,** on the following interested party(s) in said cause:

## SEE ATTACHED MAILING LIST.

## VIA MAIL - CCP §§1013(a), 2015.5

By placing a true copy thereof enclosed in a sealed envelope(s), addressed as above, and placing each for collection and mailing on that date following ordinary business practices. I am readily familiar with my firm's business practice of collection and processing of correspondence for mailing with the United States Postal Service and correspondence placed for collection and mailing would be deposited with the United States Postal Service at Martinez, California, with postage thereon fully prepaid, that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on August 26, 2008, at Martinez, California.

_____
Janice P. Anderson

PROOF OF SERVICE

**Palmtree Acquisition Corp. v. McCorduck Properties Livermore, LLC, et al.**
USDC, Northern District of California Case No. CV 08 3168 EMC

## MAILING LIST

Stuart I Block, Esq.
Peter M. Morrisette, Esq.
Cox, Castle & Nicholson, LLP
555 California Street, 10th Floor
San Francisco, CA 94104

*Attorney for Palmtree Acquisition Corp.*

Telephone: (415) 392-4200
Fax:          (415) 392-4250

Christine K. Noma, Esq.
Wendell, Rosen, Black & Dean, LLP
1111 Broadway, 24th Floor
P.O. Box 2047
Oakland, CA 94604-2047

*Attorney for Michael Neel, Perry Neely &*
*Gary Neely, individually and dba Mike's 1*
*Hr. Cleaners*

Telephone: (510) 834-6600
Fax:          (510) 834-1928

Robert C. Goodman, Esq.
Zachary M. Radford, Esq.
Rogers, Joseph & O'Donnell
311 California St., 10th Floor
San Francisco, CA 94104

*Attorney for Charles F. Hartz dba Paul's*
*Sparkle Cleaners*

Telephone: (415) 956-2828
Fax:          (415) 956-6457

Thomas A. Vandenberg, Esq.
Dongell, Lawrence & Finney, LLP
707 Wilshire Blvd., 45th Floor
Los Angeles, CA 90017

*Attorney for Multimatic Corporation*

Telephone: (213) 943-6100
Fax:          (213) 943-6101

Kenneth W. Pritkin, Esq.
Foley, McIntosh, Frey & Claytor
3675 Mr. Diablo Blvd., Suite 250
Lafayette, CA 94549

*Attorney for Western States Design*

Telephone: (925) 284-3020
Fax:          (925) 284-3029

Paul Kozachenko, Esq.
Gonsalves & Kozachenko
1133 Auburn Street
Fremont, CA 94538

*Attorney for Stark Investment Company*

Telephone: (415) 770-3900
Fax:          (415) 657-9876

James F. Ellis, Esq.
Ellis Partners, LLC
111 Sutter Street, Suite 800
San Francisco, CA 94104

*Attorney for Grubb & Ellis Realty Income*
*Trust Liquidating Trust*

Telephone: (415) 391-9800
Fax:          (415) 391-4711

PROOF OF SERVICE