ROGERS JOSEPH O'DONNELL
ROBERT C. GOODMAN (State Bar No. 111554)
ZACHARY M. RADFORD (State Bar No. 237891)
311 California Street
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile: 415.956.6457

Attorneys for Defendants
CHARLES FREDERICK HARTZ dba PAUL'S
SPARKLE CLEANERS and CHARLES F. HARTZ

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO

| | |
|---|---|
| PALMTREE ACQUISITION CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL R. NEELY, an individual; PERRY J. NEELY, an individual; GARY NEELY, an individual; MICHAEL R. NEELY, PERRY J. NEELY and GARY NEELY dba MIKE'S ONE HOUR CLEANERS; CHARLES FREDERICK HARTZ dba PAUL'S SPARKLE CLEANERS; CHARLES F. HARTZ, an individual; MULTIMATIC CORPORATION, a New Jersey corporation; WESTERN STATES DESIGN, a California corporation; MCCORDUCK PROPERTIES LIVERMORE, LLC, a Delaware limited liability company individually and as the successor to JOHN MCCORDUCK, KATHLEEN MCCORDUCK, PAMELA MCCORDUCK, SANDRA MCCORDUCK MARONA, and IMA FINANCIAL CORPORATION, a California corporation; STARK INVESTMENT COMPANY, a California general partnership; GRUBB & ELLIS REALTY INCOME TRUST, LIQUIDATING TRUST, a California trust; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 3:08-cv-03168-EMC<br><br>**STIPULATION RE EXTENSION OF TIME TO RESPOND**; ORDER<br><br>Date of first filing: 07/01/2008<br>Trial Date: None Set |

Page 1
Stipulation re Extension of Time to Respond – Case No. 3:08-cv-03168-EMC
271280.1

## STIPULATION

Pursuant to Local Rule 6-1(a), the parties below hereby stipulate to allow Defendants CHARLES FREDERICK HARTZ dba PAUL'S SPARKLE CLEANERS and CHARLES F. HARTZ until September 15, 2008 to respond to Plaintiff PALMTREE ACQUISITION CORPORATION's Complaint.

Dated: August 29, 2008

ROGERS JOSEPH O'DONNELL

By: _____
ZACHARY M. RADFORD

Attorneys for Defendants
CHARLES FREDERICK HARTZ dba
PAUL'S SPARKLE CLEANERS and
CHARLES F. HARTZ

Dated: August 29, 2008

COX, CASTLE & NICHOLSON LLP

By: _____
PETER M. MORRISETTE

Attorneys for Plaintiff
PALMTREE ACQUISITION
CORPORATION

IT IS SO ORDERED:



_____
Edward M. Chen
U.S. Magistrate Judge

Page 2

Stipulation re Extension of Time to Respond – Case No. 3:08-cv-03168-EMC

271280.1