Christine K. Noma, Bar No. 104751
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: cnoma@wendel.com

Attorneys for Defendants
Michael R. Neely, Perry J. Neely and Gary Neely

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALMTREE ACQUISITION CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL R. NEELY, an individual, PERRY J. NEELY, an individual; GARY NEELY, an individual; MICHAEL R. NEELY, PERRY J. NEELY and GARY NEELY dba MIKE'S ONE HOUR CLEANERS; CHARLES FREDERICK HARTZ dba PAUL'S SPARKLE CLEANERS; CHARLES F. HARTZ, an individual; MULTIMATIC CORPORATION, a New Jersey corporation; WESTERN STATES DESIGN, a California corporation; MCCORDUCK PROPERTIES LIVERMORE, LLC, a Delaware limited liability company individually and as the successor to JOHN MCCORMICK, KATHLEEN MCCORDUCK, PAMELA MCCORDUCK, SANDRA MCCORDUCK MARONA, and IMA FINANCIAL CORPORATION, a California corporation; STARK INVESTMENT COMPANY, a California general partnership; GRUBB & ELLIS REALTY INCOME TRUST, | Case No. CV 08 3168 EMC<br><br>**STIPULATION RE EXTENSION OF TIME TO RESPOND**   ; ORDER<br><br>Hon. Edward M. Chen |

LIQUIDATING TRUST, a California trust;
and DOES 1-20, inclusive,

        Defendants.

## STIPULATION

Pursuant to Local Rule 6-1(a), the parties below hereby agree and stipulate to allow Defendants Michael R. Neely, Perry J. Neely, and Gary Neely, dba Mike's One Hour Cleaners, Multimatic Corporation, and Stark Investment Company until September 15, 2008 to answer or otherwise respond to the Complaint of Palmtree Acquisition Corporation

DATED: _____

Cox, Castle & Nicholson, LLP

By _____
Peter M. Morrisette
Attorneys for Plaintiff
Palmtree Acquisition Corporation

DATED: 9/2/08

Wendel, Rosen, Black & Dean, LLP

By _____
Christine K. Noma
Attorneys for Defendants
Michael R. Neely, Perry J. Neely, and
Gary Neely, dba Mike's One Hour Cleaners

DATED: September 1, 2008

Dongell Lawrence Finney, LLP

By _____
Thomas A. Vandenburg
Ian Culver
Attorneys for Defendant Multimatic
Corporation

- 2 -

STIPULATION RE EXTENSION OF TIME TO RESPOND

| | |
|---|---|
| 1 | LIQUIDATING TRUST, a California trust; and DOES 1-20, inclusive, |
| 2 | |
| 3 | Defendants. |

## STIPULATION

Pursuant to Local Rule 6-1(a), the parties below hereby agree and stipulate to allow Defendants Michael R. Neely, Perry J. Neely, and Gary Neely, dba Mike's One Hour Cleaners, Multimatic Corporation, and Stark Investment Company until September 15, 2008 to answer or otherwise respond to the Complaint of Palmtree Acquisition Corporation

DATED: 9/2/2008

Cox, Castle & Nicholson, LLP

By /s/ Peter M. Morrisette
Peter M. Morrisette
Attorneys for Plaintiff
Palmtree Acquisition Corporation

DATED: _____

Wendel, Rosen, Black & Dean, LLP

By _____
Christine K. Noma
Attorneys for Defendants
Michael R. Neely, Perry J. Neely, and
Gary Neely, dba Mike's One Hour Cleaners

DATED: _____

Dongell Lawrence Finney, LLP

By _____
Thomas A. Vandenberg
Ian Culver
Attorneys for Defendant Multimatic
Corporation

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

006000.0001\1038806.1

STIPULATION RE EXTENSION OF TIME TO RESPOND

DATED: _____    GONSALVES & KOZACHENKO

By: *Paul Kozachenko*
_____
Paul Kozachenko, Esq.

Attorneys for Stark Investment Company

IT IS SO ORDERED:

_____
Edward M. Chen
U. S. Magistrate
Judge

IT IS SO ORDERED
*[signature]*
Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

006000.0001\1038806.1

- 3 -

STIPULATION RE EXTENSION OF TIME TO RESPOND

**PROOF OF SERVICE**

I, Eileen M. Dunbar, declare:

I am a citizen of the United States and am employed in Alameda County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1111 Broadway, 24th Floor, Oakland, California 94607-4036. On September 2, 2008, I served a copy of the within document(s):

**STIPULATION RE EXTENSION OF TIME TO RESPOND**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. The facsimile machine I used complied with California Rules of the Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of the Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this Proof of Service.

☒ at my business address identified above by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, and by placing the envelope, addressed as set forth below, for deposit in the United States Postal Service that same day in the ordinary course of business. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ by placing the document(s) listed above in a sealed _____ envelope with overnight delivery fees paid or provided for, addressed to the person(s) on whom it is to be served, at the address(es) set forth below, and causing the envelope to be delivered that same date to a _____ courier or driver authorized by the express service carrier to receive documents for delivery.

☐ by personally delivering true and correct copies of the document(s) listed above in a sealed envelope, addressed to the person(s) at the address(es) set forth below, by leaving the envelope, which was clearly labeled to identify the attorney(es) being served, with the receptionist or other person apparently in charge at the address(es) set forth below.

006000.0001\1039714.1

PROOF OF SERVICE

| | |
|---|---|
| Stuart I. Block<br>Peter M. Morrisette<br>Cox, Castle & Nicholson LLP<br>555 California Street, 10th Floor<br>San Francisco, CA 94104 | *Attorneys for Plaintiff Palmtree Acquisition Corporation* |
| Robert C. Goodman, Esq.<br>Zachary M. Radford, Esq.<br>Rogers Joseph O'Donnell<br>311 California Street, 10th Floor<br>San Francisco, CA 94104 | *Attorneys for Charles Frederick Hartz and dba Paul's Sparkle Cleaners* |
| Thomas A. Vandenberg, Esq.<br>Dongell Lawrence Finney, LLP<br>707 Wilshire Blvd., 45th Floor<br>Los Angeles, CA 90017 | *Attorneys for Multimatic Corporation* |
| Kenneth W. Pritikin, Esq.<br>Foley McIntosh Frey & Claytor<br>3675 Mt. Diablo Blvd., Suite 250<br>Lafayette, CA 94549 | *Attorneys for Western States Design* |
| Bruce C. Paltenghi, Esq.<br>Gordon, Watrons, Ryan, Langley, Bruno & Paltenghi<br>611 Las Juntas Street<br>Martinez, CA 94533-1221 | *Attorneys for McCorduck Properties Livermore, LLC* |
| Paul Kozachenko, Esq.<br>Gonsalves & Kozachenko<br>1133 Auburn Streeet<br>Fremont, CA 94538 | *Attorneys for Stark Investment Company* |
| James F. Ellis<br>Ellis Partners LLC<br>111 Sutter Street, Suite 800<br>San Francisco, CA 94104 | *Representative for Grubb & Ellis Realty Income Trust Liquidating Trust* |

☐ I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

006000.0001\1039714.1

- 2 -

Executed on September 2, 2008, at Oakland, California.

*Eileen M. Dunbar* (signature)

Eileen M. Dunbar