1  Christine K. Noma, Bar No. 104751
   **WENDEL, ROSEN, BLACK & DEAN LLP**
2  1111 Broadway, 24th Floor
   Oakland, California 94607-4036
3  Telephone: (510) 834-6600
   Fax: (510) 834-1928
4  Email: cnoma@wendel.com

5  Attorneys for Defendants
   Michael R. Neely, Perry J. Neely and Gary Neely
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 PALMTREE ACQUISITION                    Case No. CV 08 3168 EMC
   CORPORATION, a Delaware corporation,
12                                         STIPULATION AND [PROPOSED]
           Plaintiff,                      ORDER RE CONSENT TO PROCEED
13                                         BEFORE AN UNITED STATES
       vs.                                 MAGISTRATE JUDGE; ANSWERS,
14                                         CROSSCLAIMS, COUNTERCLAIMS AND
                                           AMENDED PLEADINGS; MEDIATION;
15 MICHAEL R. NEELY, an individual,        SCHEDULING OF INITIAL CASE
   PERRY J. NEELY, an individual; GARY     MANAGEMENT CONFERENCE; AND
16 NEELY, an individual; MICHAEL R.        DISCOVERY STAY
   NEELY, PERRY J. NEELY and GARY
17 NEELY dba MIKE'S ONE HOUR
   CLEANERS; CHARLES FREDERICK
18 HARTZ dba PAUL'S SPARKLE
   CLEANERS; CHARLES F. HARTZ, an
19 individual; MULTIMATIC
   CORPORATION, a New Jersey
20 corporation; WESTERN STATES
   DESIGN, a California corporation;
21 MCCORDUCK PROPERTIES
   LIVERMORE, LLC, a Delaware limited
22 liability company individually and as the
   successor to JOHN MCCORMICK,
23 KATHLEEN MCCORDUCK, PAMELA
   MCCORDUCK, SANDRA
24 MCCORDUCK MARONA, and IMA
   FINANCIAL CORPORATION, a
25 California corporation; STARK
   INVESTMENT COMPANY, a California
26 general partnership; GRUBB & ELLIS
   REALTY INCOME TRUST,
27

28

006000.0001\1038411.1

1

STIPULATION AND [PROPOSED] ORDER RE CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE; ANSWERS; CROSSCLAIMS, COUNTERCLAIMS AND AMENDED PLEADINGS; MEDIATION, Case No. CV 08 3168 EMC

1  LIQUIDATING TRUST, a California trust;
   and DOES 1-20, inclusive,
2
       Defendants.
3

4

5                           **RECITALS**

6  A.     Plaintiff Palmtree Acquisition Corporation filed this action ("Action") as a "re-
7  opener" of a prior action that was conditionally settled, which prior action was filed on February
8  3, 1993 in the United States District Court for the Northern District of California, entitled *Grubb*
9  *& Ellis Realty Trust v. Catellus Development Corp., et al.,* and related cross-actions, Case No.
10 C93-0383 SBA ("Prior Action").

11 B.     On February 7, 1994, the parties to the Prior Action entered into a settlement
12 agreement ("1994 Settlement"). On February 17, 1994, this Court entered an order approving the
13 settlement agreement and dismissing the Prior Action.

14 C.     Pursuant to the 1994 Settlement, the parties agreed that the release amongst each
15 other would not extend to:

16    "…any claims, causes of action, obligations, damages, expenses or liabilities resulting
17    from (1) claims or cross-claims arising from actions brought by third parties after the date
18    of this agreement relating to PCE [perchloroethylene] contamination at the properties, or
19    (2) actions by governmental agencies requiring cleanup of PCE contamination or seeking
20    recovery of governmental response costs for the cleanup of PCE contamination: (a) of the
21    deeper aquifer as defined in Paragraph 5 of SCO [Site Cleanup Order], or (b) in the form
22    of DNAPLs, defined as PCE found in pore-water concentrations which exceed their
23    effective soluabilities as measured using the residual DNAPL detection method of
24    Feenstra, Mackay, and Cherry (1991). The limitations expressed in the preceding
25    sentence on the release contained in this paragraph are referred to as "the Paragraph 9
26    reopeners".

27 D.     On March 17, 2008, and March 21, 2008, the California Regional Water Quality
28 Control Board ("RWQCB"), a governmental agency, sent letters to certain of the defendants and

006000.0001\1038411.1                      - 2 -

STIPULATION AND [PROPOSED] ORDER RE CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE; ANSWERS; CROSSCLAIMS, COUNTERCLAIMS AND AMENDED PLEADINGS; MEDIATION Case No. CV 08 3168 EMC

the plaintiff, and/or their predecessors, requiring the further investigation and monitoring of PCE contamination which potentially impacted the deeper aquifer that may be in the form of DNAPLS, thereby triggering the "Paragraph 9 reopeners" ("RWQCB Directives"). As a result of the RWQCB Directives, certain parties to the prior 1994 Settlement, made demand upon other parties asserting that the Paragraph 9 reopener applied and demanding that they respond to the RWQCB Directives.

E. On July 1, 2008, plaintiff Palmtree Acquisition Corporation, the successor to one of the 1994 Settlement parties, Catellus Development Corporation, filed a Complaint for CERCLA Cost Recovery, Damages and Declaratory Relief, seeking contribution and damages against certain of the other parties to the 1994 Settlement, pursuant to the Paragraph 9 reopener ("Current Action").

F. Subsequent to the filing of the Current Action, the parties to the Current Action agreed to cooperate in jointly retaining an environmental consultant to respond to the RWQCB Directives. The environmental consultant has been engaged and the parties to the Current Action anticipate that the initial response to the RWQCB Directives will be completed by January 1, 2009.

G. In the course of the litigating the Prior Action, the parties to the Prior Action engaged in discovery relating to the factual background, ownership and operations of certain of the parties to the Prior Action and their conduct which may have resulted in the PCE contamination.

H. The parties to this Current Action who were defendants in the Prior Action answered, and filed various crossclaims and/or counterclaims.

I. The responses, defenses, crossclaims and/or counterclaims in this Current Action should be substantially similar to those raised in the Prior Action.

J. Most of the defendants in the Current Action have entered into stipulations with the plaintiff to extend the time to respond to the complaint to September 15, 2008.

K. The parties to the Current Action have met and conferred pursuant to the Court's Order Setting Initial Case Management Conference and ADR Deadlines and submit this

Stipulation to address scheduling, case management and ADR issues.

Therefore, in the interest of judicial economy, pursuant to Local Rule 6-1(b) and 7-12, the parties below hereby agree and stipulate as follows:

### STIPULATION

1. In accordance with the provisions of Title 28, U.S.C. Section 636(c), the parties hereby voluntarily consent to have a United States Magistrate Judge Edward M. Chen conduct any and all further proceeding in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeal.

2. Further the parties acknowledge that counsel for Michael R. Neely, Perry J. Neely and Gary Neely, Christine K. Noma, has disclosed that she has known Magistrate Judge Chen for over 20 years and that they belong to and support many of the same legal organizations; and each of the parties do not object to Magistrate Judge Edward Chen presiding over this Action.

3. Each of the defendants in this Current Action shall be deemed to have denied each and every allegation in the Complaint.

4. The defendants to this Current Action shall be deemed to have filed crossclaims against each other for contribution and indemnity and to have filed counterclaims for contribution and indemnity against the plaintiff.

5. Each of the defendants to this Current Action reserves the right to supplement its response to the complaint, and may file an answer and separate crossclaims or counterclaims at a later date, but no later than 60 days following the conclusion of Mediation as described below.

6. Each of the defendants to this Current Action further reserves the right to file crossclaims against other third parties who are not parties to this Action, and the parties reserve any and all rights against such third parties. The plaintiff reserves the right to amend the complaint to add or remove allegations, to add new parties or to make any other changes consistent with the Federal Rules of Civil Procedure.

7. The parties to this Current Action agree to commence settlement discussions with a private mediator, to be scheduled no later than February 2, 2009 ("Mediation"). The Mediation may cover multiple days and may be continued from time to time and will be deemed to have

concluded at such time as: (a) a settlement is reached, or (b) the mediator issues a letter concluding that a settlement has not been reached and the Mediation is concluded.

8. In order to allow the parties to proceed with Mediation, the parties to the Current Action request that the court continue the Initial Case Management Conference now scheduled for October 8, 2008 to March 18, 2009, and the parties shall submit a joint case management conference statement advising the Court as to the status of the Mediation no later than March 11, 2009.

9. The parties shall meet and confer regarding the case management statement no later than February 13, 2009.

10. The parties further agree that all discovery including, initial disclosures, shall be stayed pending resolution of the Mediation or until the Court lifts the stay on discovery.

Wherefore, the Parties respectfully request that the Court approve this Stipulation.

DATED: 9/9/2008         Cox, Castle & Nicholson LLP

By: _____
Stuart I. Block
Peter M. Morrisette
Attorneys for Palmtree Acquisition
Corporation f/k/a Catellus Development

DATED: 9/8/2008         Wendel, Rosen, Black & Dean LLP

By: _____
Christine K. Noma
Attorneys for Michael R. Neely, Perry J. Neely, and Gary Neely, dba Mike's One Hour Cleaners

- 5 -

STIPULATION AND [PROPOSED] ORDER RE CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE; ANSWERS; CROSSCLAIMS COUNTERCLAIMS AND AMENDED PLEADINGS; MEDIATION   Case No. CV 08 3168 EMC

DATED: _____    Rogers Joseph O'Donnell

By: _____
Robert C. Goodman, Esq.
Attorneys for Charles Frederick Hartz, dba Paul's Sparkle Cleaners

DATED: _____    Dongell Lawrence Finney, LLP

By: _____
Thomas F. Vandenburg, Esq.
Attorneys for Multimatic Corporation

DATED: _____    Foley Mcintosh Frey & Claytor

By: _____
Kenneth W. Pritikin, Esq.
Attorneys for Western State Design

DATED: _____    Gordon, Watrous, Ryan, Langley, Bruno & Paltenghi

By: _____
Bruce C. Paltenghi, Esq.
Attorneys for McCorduck Properties Livermore, LLC

DATED: _____    Gonsalves & Kozachenko

By: _____
Paul Kozachenko, Esq.
Attorneys for Stark Investment Company

006000.0001\1038411.1

- 6 -

STIPULATION AND [PROPOSED] ORDER RE CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE; ANSWERS; CROSSCLAIMS, COUNTERCLAIMS AND AMENDED PLEADINGS; MEDIATION, CASE NO. CV 08 3168 EMC

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

| | | |
|---|---|---|
| 1 | DATED: _____ | Rogers Joseph O'Donnell |
| 2 | | |
| 3 | | |
| 4 | | By: _____ |
| 5 | | Robert C. Goodman, Esq.<br>Attorneys for Charles Frederick Hartz, dba Paul's Sparkle Cleaners |
| 6 | | |
| 7 | DATED: _____ | Dongell Lawrence Finney, LLP |
| 8 | | |
| 9 | | By: *[signature]* W) Culver for<br>Thomas F. Vandenburg, Esq.<br>Attorneys for Multimatic Corporation |
| 10 | | |
| 11 | DATED: _____ | Foley Mcintosh Frey & Claytor |
| 12 | | |
| 13 | | |
| 14 | | By: _____ |
| 15 | | Kenneth W. Pritikin, Esq.<br>Attorneys for Western State Design |
| 16 | | |
| 17 | DATED: _____ | Gordon, Watrous, Ryan, Langley, Bruno & Paltenghi |
| 18 | | |
| 19 | | |
| 20 | | By: _____ |
| 21 | | Bruce C. Paltenghi, Esq.<br>Attorneys for McCorduck Properties Livermore, LLC |
| 22 | | |
| 23 | DATED: _____ | Gonsalves & Kozachenko |
| 24 | | |
| 25 | | By: _____ |
| 26 | | Paul Kozachenko, Esq.<br>Attorneys for Stark Investment Company |
| 27 | | |
| 28 | | |

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

006000.0001\1038411.1

- 6 -

1  DATED: _____           Rogers Joseph O'Donnell

2

3
                                By: _____
4                                   Robert C. Goodman, Esq.
                                    Attorneys for Charles Frederick Hartz, dba Paul's
5                                   Sparkle Cleaners

6

7  DATED: _____           Dongell Lawrence Finney, LLP

8
                                By: _____
9                                   Thomas F. Vandenburg, Esq.
                                    Attorneys for Multimatic Corporation
10

11
   DATED: 9/8/08                    Foley Mcintosh Frey & Claytor
12

13
                                By: _____
14                                  Kenneth W. Pritikin, Esq.
15                                  Attorneys for Western State Design

16

17 DATED: _____           Gordon, Watrous, Ryan, Langley, Bruno &
                                    Paltenghi
18

19

20                              By: _____
                                    Bruce C. Paltenghi, Esq.
21                                  Attorneys for McCorduck Properties Livermore,
                                    LLC
22

23
   DATED: _____           Gonsalves & Kozachenko
24

25                              By: _____
                                    Paul Kozachenko, Esq.
26                                  Attorneys for Stark Investment Company

27

28

- 6 -

| | | |
|---|---|---|
| 1  DATED: _____ | | Rogers Joseph O'Donnell |
| 4 | By: | _____<br>Robert C. Goodman, Esq.<br>Attorneys for Charles Frederick Hartz, dba Paul's Sparkle Cleaners |
| 7  DATED: _____ | | Dongell Lawrence Finney, LLP |
| 9 | By: | _____<br>Thomas F. Vandenburg, Esq.<br>Attorneys for Multimatic Corporation |
| 11  DATED: _____ | | Foley McIntosh Frey & Claytor |
| 14 | By: | _____<br>Kenneth W. Pritikin, Esq.<br>Attorneys for Western State Design |
| 17  DATED: Sept 9, 2008 | | Gordon, Watrous, Ryan, Langley, Bruno & Paltenghi |
| 20 | By: | /s/ Bruce Paltenghi<br>Bruce C. Paltenghi, Esq.<br>Attorneys for McCorduck Properties Livermore, LLC |
| 23  DATED: _____ | | Gonsalves & Kozachenko |
| 25 | By: | _____<br>Paul Kozachenko, Esq.<br>Attorneys for Stark Investment Company |

- 6 -

1  DATED: _____          Rogers Joseph O'Donnell

2

3
                                   By: _____
4                                      Robert C. Goodman, Esq.
                                       Attorneys for Charles Frederick Hartz, dba Paul's
5                                      Sparkle Cleaners

6

7  DATED: _____          Dongell Lawrence Finney, LLP

8
                                   By: _____
9                                      Thomas F. Vandenburg, Esq.
                                       Attorneys for Multimatic Corporation
10

11
   DATED: _____          Foley Mcintosh Frey & Claytor
12

13

14                                 By: _____
                                       Kenneth W. Pritikin, Esq.
15                                     Attorneys for Western State Design

16

17 DATED: _____          Gordon, Watrous, Ryan, Langley, Bruno &
                                   Paltenghi
18

19

20                                 By: _____
                                       Bruce C. Paltenghi, Esq.
21                                     Attorneys for McCorduck Properties Livermore,
                                       LLC
22

23
   DATED:  9-9-2008                Gonsalves & Kozachenko
24

25                                 By: /s/ Paul Kozachenko
                                       Paul Kozachenko, Esq.
26                                     Attorneys for Stark Investment Company

27

28

- 6 -

DATED: 9/10/08

By: _____
Harold A. Ellis Jr., Trustee for
Grubb & Ellis Realty Income Trust, Liquidating Trust

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 9/15/08

_____
Edward M. Chen
Magistrate Judge of the United States District Court

- 7 -

## PROOF OF SERVICE

I, Eileen M. Dunbar, declare:

I am a citizen of the United States and am employed in Alameda County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1111 Broadway, 24th Floor, Oakland, California 94607-4036. On September 11, 2008, I served a copy of the within document(s):

**STIPULATION AND [PROPOSED] ORDER RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; ANSWERS, CROSSCLAIMS, COUNTERCLAIMS AND AMENDED PLEADINGS; MEDIATION; SCHEDULING OF INITIAL CASE MANAGEMENT CONFERENCE; AND DISCOVERY STAY**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. The facsimile machine I used complied with California Rules of the Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of the Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this Proof of Service.

☒ at my business address identified above by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, and by placing the envelope, addressed as set forth below, for deposit in the United States Postal Service that same day in the ordinary course of business. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ by placing the document(s) listed above in a sealed _____ envelope with overnight delivery fees paid or provided for, addressed to the person(s) on whom it is to be served, at the address(es) set forth below, and causing the envelope to be delivered that same date to a _____ courier or driver authorized by the express service carrier to receive documents for delivery.

☐ by personally delivering true and correct copies of the document(s) listed above in a sealed envelope, addressed to the person(s) at the address(es) set forth below, by leaving the envelope, which was clearly labeled to identify the attorney(es) being served, with the receptionist or other person apparently in charge at the address(es) set forth below.

006000.0001\1039714.1

PROOF OF SERVICE

| | | |
|---|---|---|
| 1 | Stuart I. Block | *Attorneys for Plaintiff Palmtree* |
| 2 | Peter M. Morrisette<br>Cox, Castle & Nicholson LLP | *Acquisition Corporation* |
| 3 | 555 California Street, 10th Floor<br>San Francisco, CA 94104 | |
| 4 | | |
| 5 | Robert C. Goodman, Esq.<br>Zachary M. Radford, Esq. | *Attorneys for Charles Frederick Hartz* |
| 6 | Rogers Joseph O'Donnell<br>311 California Street, 10th Floor | *and dba Paul's Sparkle Cleaners* |
| 7 | San Francisco, CA 94104 | |
| 8 | Thomas A. Vandenberg, Esq. | |
| 9 | Dongell Lawrence Finney, LLP<br>707 Wilshire Blvd., 45th Floor | *Attorneys for Multimatic Corporation* |
| 10 | Los Angeles, CA 90017 | |
| 11 | Kenneth W. Pritikin, Esq. | |
| 12 | Foley McIntosh Frey & Claytor<br>3675 Mt. Diablo Blvd., Suite 250 | *Attorneys for Western States Design* |
| 13 | Lafayette, CA 94549 | |
| 14 | Bruce C. Paltenghi, Esq. | |
| 15 | Gordon, Watrons, Ryan, Langley,<br>Bruno & Paltenghi | *Attorneys for McCorduck Properties*<br>*Livermore, LLC* |
| 16 | 611 Las Juntas Street<br>Martinez, CA 94533-1221 | |
| 17 | Paul Kozachenko, Esq. | *Attorneys for Stark Investment* |
| 18 | Gonsalves & Kozachenko<br>1133 Auburn Streeet | *Company* |
| 19 | Fremont, CA 94538 | |
| 20 | James F. Ellis | *Representative for Grubb & Ellis* |
| 21 | Ellis Partners LLC<br>111 Sutter Street, Suite 800 | *Realty Income Trust Liquidating Trust* |
| 22 | San Francisco, CA 94104 | |

23  ☐ I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

24

25  ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

26

27

28

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

006000.0001\1039714.1                    - 2 -

PROOF OF SERVICE

1  Executed on September 11, 2008, at Oakland, California.

_Eileen M. Dunbar_ (signature)

Eileen M. Dunbar

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

006000.0001\1039714.1                  - 3 -

PROOF OF SERVICE