Christine K. Noma, Bar No. 104751
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: cnoma@wendel.com

Attorneys for Defendants
Michael R. Neely, Perry J. Neely and Gary Neely

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALMTREE ACQUISITION CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL R. NEELY, an individual; PERRY J. NEELY, an individual; GARY NEELY, an individual; MICHAEL R. NEELY, PERRY J. NEELY and GARY NEELY dba MIKE'S ONE HOUR CLEANERS; CHARLES FREDERICK HARTZ dba PAUL'S SPARKLE CLEANERS; CHARLES F. HARTZ, an individual; MULTIMATIC CORPORATION, a New Jersey corporation; WESTERN STATES DESIGN, a California corporation; MCCORDUCK PROPERTIES LIVERMORE, LLC, a Delaware limited liability company individually and as the successor to JOHN MCCORMICK, KATHLEEN MCCORDUCK, PAMELA MCCORDUCK, SANDRA MCCORDUCK MARONA, and IMA FINANCIAL CORPORATION, a California corporation; STARK INVESTMENT COMPANY, a California general partnership; GRUBB & ELLIS REALTY INCOME TRUST, | Case No. CV 08 3168 EMC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE CONTINUANCE OF MEDIATION AND CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE**<br><br>**(Currently Scheduled CMC: 3/18/09)** |

006000.0001\1132916.1

1

STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF MEDIATION AND CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE,
CASE NO. CV 08 3168 EMC

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

1  LIQUIDATING TRUST, a California trust;
   and DOES 1-20, inclusive,
2
              Defendants.
3

4

5                    **RECITALS**

6          A.     Plaintiff Palmtree Acquisition Corporation filed this action ("Action") as a "re-

7  opener" of a prior action that was conditionally settled, which prior action was filed on February

8  3, 1993 in the United States District Court for the Northern District of California, entitled *Grubb*

9  *& Ellis Realty Trust v. Catellus Development Corp., et al.,* and related cross-actions, Case No.

10  C93-0383 SBA.

11         B.     The parties to the Action stipulated and requested that the Court grant a

12  continuance of the Initial Case Management Conference to allow the parties to engage in

13  mediation. The Court issued its order approving the stipulation and granting the continuance on

14  September 15, 2008. ("Stipulation")

15         C.     Pursuant to the Stipulation, the mediation was to occur by February 2, 2009, and

16  the Initial Case Management Conference was continued to March 18, 2009.

17         D.     However, while the parties to the Action have jointly retained an environmental

18  consultant to respond to the California Regional Water Quality Control Board ("RWQCB")

19  directives to investigate the extent and source of the environmental contamination, the completion

20  of the work has been delayed, due in part to technical difficulties in obtaining access to test the

21  public municipal supply wells. The joint environmental consultant has requested that the

22  RWQCB approve an extension until April 30, 2009 to complete the "field work" and a further

23  delay to complete the technical analysis (site conceptual groundwater flow modeling) and to

24  submit a draft environmental report. It is now estimated that the draft environmental report will

25  be completed in June, 2009. Approval by the RWQCB, while anticipated, is currently pending.

26         E.     The parties to the Action have held period meetings and regular conference calls to

27  discuss the status of the environmental response. At our February 2, 2009, conference call, the

28  parties agreed that mediation should be scheduled after the environmental report has been

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

006000.0001\1132916.1

STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF MEDIATION AND CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE CASE NO. CV 08 3168 EMC

1  completed, and that the mediation should be scheduled no later than September 1, 2009.

2       F.     The parties also discussed naming additional defendants and/or cross

3  defendants/third party defendants to the Action.

4       Therefore, in the interest of judicial economy, pursuant to Local Rule 6-1(b) and 7-12, the

5  parties below hereby agree and stipulate, and requests that the Court modify the previous

6  Stipulation as follows:

7  **STIPULATION**

8       1.     The parties to this Action agree to commence settlement discussions with a private

9  mediator, to be scheduled no later than September 1, 2009 ("Mediation"). The Mediation may

10  cover multiple days and may be continued from time to time and will be deemed to have

11  concluded at such time as: (a) a settlement is reached, or (b) the mediator issues a letter

12  concluding that a settlement has not been reached and the Mediation is concluded.

13       2.     In order to allow the parties to proceed with Mediation, the parties to the Action

14  request that the Court continue the Initial Case Management Conference now scheduled for

15  March 18, 2009, to September 16, 2009; the parties shall submit a joint case management

16  conference statement advising the Court as to the status of the Mediation no later than September

17  9, 2009.

18       3.     The parties further agree that in all other respects the Stipulation approved by the

19  Court on September 15, 2008, remains in effect.

20       Wherefore, the Parties respectfully request that the Court approve this Stipulation.

21

22  DATED:    2/2/2009            Cox, Castle & Nicholson LLP

23

24

25  By: _____
              Stuart I. Block

26                Peter M. Morrisette
              Attorneys for Palmtree Acquisition

27                Corporation f/k/a Catellus Development

28

*Wendel, Rosen, Black & Dean LLP*
*1111 Broadway, 24th Floor*
*Oakland, CA 94607-4036*

006000.0001\1132916.1

STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF MEDIATION AND CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE CASE NO. CV 08 3168 EMC

1

DATED: 2/2/09                          Wendel, Rosen, Black & Dean LLP

2

3

                                       By:
4                                      Christine K. Noma
                                       Attorneys for Michael R. Neely, Perry J. Neely, and
5                                      Gary Neely, dba Mike's One Hour Cleaners

6

7

DATED: _____                  Rogers Joseph O'Donnell
8

9

                                       By:
10
                                       Robert C. Goodman, Esq.
11                                     Attorneys for Charles Frederick Hartz, dba Paul's
                                       Sparkle Cleaners
12

13

DATED: _____                  Dongell Lawrence Finney, LLP
14

15

                                       By:
16
                                       Thomas F. Vandenburg, Esq.
                                       Attorneys for Multimatic Corporation
17

18

DATED: _____                  Foley Mcintosh Frey & Claytor
19

20

                                       By:
21
                                       Kenneth W. Pritikin, Esq.
                                       Attorneys for Western State Design
22

23

DATED: _____                  Gordon, Watrous, Ryan, Langley, Bruno &
24                                     Paltenghi

25

26                                     By:
                                       Bruce C. Paltenghi, Esq.
27                                     Attorneys for McCorduck Properties Livermore,
                                       LLC
28

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF MEDIATION AND CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE CASE NO. CV 08 3168 EMC

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

1

DATED: _____                    Wendel, Rosen, Black & Dean LLP

2

3
                                             By: _____
4                                                Christine K. Noma
                                                 Attorneys for Michael R. Neely, Perry J. Neely, and
5                                                Gary Neely, dba Mike's One Hour Cleaners

6

7
DATED: 2/2/09 _____                  Rogers Joseph O'Donnell
8

9
                                             By: _____
10
                                                 Robert C. Goodman, Esq.
11                                               Attorneys for Charles Frederick Hartz, dba Paul's
                                                 Sparkle Cleaners
12

13
DATED: _____                     Dongell Lawrence Finney, LLP
14

15
                                             By: _____
16                                               Thomas F. Vandenburg, Esq.
                                                 Attorneys for Multimatic Corporation
17

18
DATED: _____                     Foley Mcintosh Frey & Claytor
19

20
                                             By: _____
21                                               Kenneth W. Pritikin, Esq.
                                                 Attorneys for Western State Design
22

23
DATED: _____                     Gordon, Watrous, Ryan, Langley, Bruno &
24                                               Paltenghi

25

26
                                             By: _____
27                                               Bruce C. Paltenghi, Esq.
                                                 Attorneys for McCorduck Properties Livermore,
28                                               LLC

- 4 -

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

1    DATED: _____          Wendel, Rosen, Black & Dean LLP

2

3

4    By: _____
     Christine K. Noma
5    Attorneys for Michael R. Neely, Perry J. Neely, and
     Gary Neely, dba Mike's One Hour Cleaners

6

7    DATED: _____          Rogers Joseph O'Donnell

8

9

10   By: _____

11   Robert C. Goodman, Esq.
     Attorneys for Charles Frederick Hartz, dba Paul's
12   Sparkle Cleaners

13   DATED: _____          Dongell Lawrence Finney, LLP

14

15   By: _____ for TFV

16   Thomas F. Vandenburg, Esq.
     Attorneys for Multimatic Corporation

17

18   DATED: _____          Foley Mcintosh Frey & Claytor

19

20

21   By: _____
     Kenneth W. Pritikin, Esq.
22   Attorneys for Western State Design

23   DATED: _____          Gordon, Watrous, Ryan, Langley, Bruno &
24                                    Paltenghi

25

26   By: _____
     Bruce C. Paltenghi, Esq.
27   Attorneys for McCorduck Properties Livermore,
     LLC
28

- 4 -

STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF MEDIATION AND CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE CASE NO. CV 08 3168 EMC

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

1  DATED: _____     Wendel, Rosen, Black & Dean LLP

2

3                                 By: _____

4                                 Christine K. Noma
                                  Attorneys for Michael R. Neely, Perry J. Neely, and
5                                 Gary Neely, dba Mike's One Hour Cleaners

6

7  DATED: _____     Rogers Joseph O'Donnell

8

9                                 By: _____

10

11                                Robert C. Goodman, Esq.
                                  Attorneys for Charles Frederick Hartz, dba Paul's
12                                Sparkle Cleaners

13 DATED: _____     Dongell Lawrence Finney, LLP

14

15                                By: _____

16                                Thomas F. Vandenburg, Esq.
                                  Attorneys for Multimatic Corporation

17

18 DATED: 2/2/09                  Foley Mcintosh Frey & Claytor

19

20                                By: _____

21                                Kenneth W. Pritikin, Esq.
                                  Attorneys for Western State Design

22

23 DATED: _____     Gordon, Watrous, Ryan, Langley, Bruno &
                                  Paltenghi
24

25

26                                By: _____

27                                Bruce C. Paltenghi, Esq.
                                  Attorneys for McCorduck Properties Livermore,
                                  LLC
28

- 4 -

STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF MEDIATION AND CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE CASE NO. CV 08 3168 EMC

DATED: _____      Wendel, Rosen, Black & Dean LLP

By: _____
Christine K. Noma
Attorneys for Michael R. Neely, Perry J. Neely, and
Gary Neely, dba Mike's One Hour Cleaners

DATED: _____      Rogers Joseph O'Donnell

By: _____
Robert C. Goodman, Esq.
Attorneys for Charles Frederick Hartz, dba Paul's
Sparkle Cleaners

DATED: _____      Dongell Lawrence Finney, LLP

By: _____
Thomas F. Vandenburg, Esq.
Attorneys for Multimatic Corporation

DATED: _____      Foley Mcintosh Frey & Claytor

By: _____
Kenneth W. Pritikin, Esq.
Attorneys for Western State Design

DATED: __2-2-09__      Gordon, Watrous, Ryan, Langley, Bruno &
Paltenghi

By: _____
Bruce C. Paltenghi, Esq.
Attorneys for McCorduck Properties Livermore,
LLC

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

- 4 -

1

DATED:   2/3/2009                    Gonsalves & Kozachenko

3

                                     *Paul Kozachenko*
4                              By: _____
                                     Paul Kozachenko, Esq.
5                                    Attorneys for Stark Investment Company

6

7   DATED: _____          The Costa Law Firm

8

9                              By: _____
                                     Daniel P. Costa, Esq.
10                                   Attorneys for Stark Investment Company

11

DATED: _____          Ellis Partners, LLC
12

13

14                             By: (deceased – successor entity not yet ascertained)
                                     Harold A. Ellis Jr., Trustee for
15                                   Grubb & Ellis Realty Income Trust, Liquidating
                                     Trust

16

17

18                                        **ORDER**

19

20          PURSUANT TO STIPULATION, IT IS SO ORDERED.

21   Dated: _____February 4, 2009_____

22                             _____
                               Edward M. Chen
23                             Magistrate, United States District
                               Court
24

25

26

27

28

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

DATED: _____        Gonsalves & Kozachenko

By: _____
      Paul Kozachenko, Esq.
      Attorneys for Stark Investment Company

DATED: _2/2/05_____        The Costa Law Firm

By: _____
      Daniel P. Costa, Esq.
      Attorneys for Stark Investment Company

DATED: _____        Ellis Partners, LLC

By: (deceased – successor entity not yet ascertained)
     Harold A. Ellis Jr., Trustee for
     Grubb & Ellis Realty Income Trust, Liquidating
     Trust


## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
Edward M. Chen
Magistrate Judge of the United States District
Court

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

006000.0001\1132916.1