Paul Kozachenko, Esq., SBN: 104601
Selena P. Ontiveros, Esq., SBN: 211790
GONSALVES & KOZACHENKO
1133 Auburn Street
Fremont, CA 94538
Telephone: (510) 770-3900
Facsimile: (510) 657-9876

Attorneys for Defendant
Stark Investment Company, a
California general partnership

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALMTREE ACQUISITION CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL R. NEELY, an individual, PERRY J. NEELY, an individual; GARY NEELY, an individual; MICHAEL R. NEELY, PERRY J. NEELY and GARY NEELY dba MIKE'S ONE HOUR CLEANERS; CHARLES FREDERICK HARTZ dba PAUL'S SPARKLE CLEANERS; CHARLES F. HARTZ, an individual; MULTIMATIC CORPORATION, a New Jersey corporation; WESTERN STATES DESIGN, a California corporation; MCCORDUCK PROPERTIES LIVERMORE, LLC, a Delaware limited liability company individually and as the successor to JOHN MCCORMICK, KATHLEEN MCCORDUCK, PAMELA MCCORDUCK, SANDRA MCCORDUCK MARONA, and IMA FINANCIAL CORPORATION, a California corporation; STARK INVESTMENT COMPANY, a California general partnership; GRUBB & ELLIS REALTY INCOME TRUST, LIQUIDATING TRUST, a California trust; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. CV 08 3168 EMC<br><br>**JOINT CASE MANAGEMENT STATEMENT AND [P~~ROP~~OSED ORDER] OF RESPONDING PARTIES**<br><br>**Hon. Edward M. Chen**<br><br>Date: September 16, 2009<br>Time: 1:30 p.m.<br>Courtroom: C, 15th Floor |

---
1
JOINT CASE MANAGEMENT STATEMENT OF RESPONDING PARTIES

The parties to the above captioned action, with the exception of Grubb & Ellis Realty Income Trust, Liquidating Trust ("Responding Parties"), jointly submit the following Joint Case Management Statement and request that the Court reschedule this matter for a further Case Management Conference in six months to allow the parties to continue mediation efforts and add potential new parties.

1. This action is a "reopener" of a prior action that was conditionally settled. The prior action was filed on February 3, 1993 in the United States District Court for the Northern District of California and entitled *Grubb & Ellis Realty Income Trust, Liquidating Trust v. Catellus Development Corp., et al.*, and related cross-actions, Case No. C93-0383 SBA ("Prior Action"). The Prior Action concerned the alleged release of dry cleaning solvent perchloroethylene ("PCE") by dry cleaning establishments in two shopping centers in Livermore, California. The California Regional Water Quality Control Board ("RWQCB") had issued an Order to the potentially responsible parties consisting of dry cleaning operators and property owners to remediate the soil and groundwater impacted by PCE contamination from the centers. Following settlement of the Prior Action, certain parties requested, and the RWQCB granted the establishment of a Containment Zone with a Contingency Plan and the RWQCB issued a new order in 1996 to that effect.

2. On March 17, 2008, the RWQCB issued a Directive requiring specified parties (the "1994 PRPs") to submit a Technical Report to address the contamination outside of the Containment Zone and ordered further investigation work to define the leading edge of the plume. On March 21, 2008, the RWQCB issued another Directive requiring the 1994 PRPs to continue groundwater monitoring and revise the "Contingency Plan."

3. On February 4, 2009, this Court entered a stipulation (Document 17 in the Court's docket) signed by all parties to the action to continue the Initial Case Management Conference to September 16, 2009 to (1) allow the Responding Parties' joint environmental consultant to complete investigative work and technical analysis and to submit an environmental report to the RWQCB in response to the RWQCB's Directives; and (2) engage in mediation. The order issued by the Court on February 4, 2009 also left in effect all provisions of the parties' Stipulation entered

by this Court on September 15, 2008 (Document 13 in the Court's docket) not affected by the February 4, 2009 order, including the stay on discovery.

4. The Responding Parties' joint environmental consultant submitted a Draft Interim Groundwater Investigation Report to the RWQCB on July 20, 2009. It is expected that the Responding Parties' consultant will submit additional data and addenda to the RWQCB within the next month or two to complete the Report.

5. On August 18 and 19, 2009, the Responding Parties attended mediation before Timothy Gallagher, Esq. Also in attendance was counsel for the Grubb & Ellis Realty Income Trust, Liquidating Trust and three additional entities who may be named in this action. The Responding Parties believe that substantial progress was and is being made in attempting to amicably resolve this matter; however, more work is required by all interested parties. The Responding Parties anticipate participating in further mediation activities over the next 3-6 months, in an effort to resolve this matter.

5. The Responding Parties are continuing to work together jointly through a coordinating counsel group to supervise the joint environmental consultant. In addition, most of the Responding Parties are working together to pursue a contribution from additional responsible parties who participated in the mediation. The Responding Parties anticipate adding these responsible parties to this action within the next 30-60 days unless the parties agree to a tolling agreement. The Responding Parties' goal is still to resolve this complex environmental case through alternative dispute resolution and they have been working diligently to position the matter for such resolution. In light of the foregoing, the Responding Parties request that the Court schedule a further Case Management Conference in April 2010 and that in all other respects the Stipulation entered by the Court on September 15, 2008 remains in effect.

DATED: September 9, 2009    GONSALVES & KOZACHENKO

By: */s/ Selena P. Ontiveros*
Selena P. Ontiveros

Attorneys for Defendant Stark Investment Company, a California general partnership

| | |
|---|---|
| DATED: September 9, 2009 | The Costa Law Firm |
| | By: */s/ Daniel P. Costa* |
| | Daniel P. Costa |
| | Attorneys for Defendant Stark Investment Company, a California general partnership |
| DATED: September 9, 2009 | Cox, Castle & Nicholson, LLP |
| | By: */s/ Peter M. Morrisette* |
| | Peter M. Morrisette |
| | Attorneys for Plaintiff Palmtree Acquisition Corporation |
| DATED: September 9, 2009 | Wendel, Rosen, Black & Dean, LLP |
| | By: */s/ Christine K. Noma* |
| | Christine K. Noma |
| | Attorneys for Defendants Michael R. Neely, Perry J. Neely, and Gary Neely, dba Mike's One Hour Cleaners |
| DATED: September 9, 2009 | Dongell Lawrence Finney, LLP |
| | By: */s/ Thomas A. Vandenberg* |
| | Thomas A. Vandenberg |
| | Attorneys for Defendant Multimatic Corporation |
| DATED: September 9, 2009 | Rogers Joseph O'Donnell |
| | By: */s/ Robert C. Goodman* |
| | Robert C. Goodman |
| | Attorneys for Defendant Charles Frederick Hartz, dba Paul's Sparkle Cleaners |

| | |
|---|---|
| DATED: September 9, 2009 | Foley Mcintosh Frey & Claytor |
| | By: _/s/ James D. Claytor_<br>James D. Claytor |
| | Attorneys for Defendant Western State Design |
| DATED: September 9, 2009 | Gordon, Watrous, Ryan, Langley, Bruno & Paltenghi |
| | By: _/s/ Bruce C. Paltenghi_<br>Bruce C. Paltenghi |
| | Attorneys for Defendant McCorduck Properties Livermore, LLC |

## ORDER

The Case Management Conference scheduled for September 16, 2009 at 1:30 p.m. is continued to _____April 7_____, 2010 at 1:30 p.m. The Stipulation and Order entered by the Court on September 15, 2008 remains in effect, including the stay on discovery.

Dated: ____September 14, 2009____

_____
Edward M. Chen
Magistrate Judge of the United States District Court

IT IS SO ORDERED
Judge Edward M. Chen