1  NOEL EDLIN, ESQ. (SBN 107796)
   CHRISTOPHER PANTEL (SBN 256569)
2  BASSI, EDLIN, HUIE & BLUM LLP
   351 California Street, Suite 200
3  San Francisco, CA 94104
   Telephone:    (415) 397-9006
4  Facsimile:    (415) 397-1339

5  Attorneys for Defendants:
   MICHAEL R. NEELY; PERRY J. NEELY; GARY NEELY; and
6  MICHAEL R. NEELY, PERRY J. NEELY, and GARY NEELY dba
   MIKE'S ONE HOUR CLEANERS
7

8
                    UNITED STATES DISTRICT COURT
9
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 PALMTREE ACQUISITION
   CORPORATION, a Delaware Corporation,   )  Case No. CV 08 3168 EMC
12                                        )
             Plaintiffs,                  )  **SUBSTITUTION OF COUNSEL**
13                                        )
       vs.                                )  ORDER
14                                        )
   MICHAEL R. NEELY, an individual; PERRY )
15 J. NEELY, an individual; GARY NEELY, an)
   individual; MICHAEL R. NEELY, PERRY J. )
16 NEELY and GARY NEELY dba MIKE'S        )
   ONE HOUR CLEANERS; CHARLES             )
17 FREDERICK HARTZ dba PAUL'S             )
   SPARKLE CLEANERS, CHARLES F.           )
18 HARTZ, an individual; MULTIMATIC       )
   CORPORATION, a New Jersey corporation; )
19 WESTERN STATE DESIGN, a California     )
   Corporation; MCCORDUCK PROPERTIES      )
20 LIVERMORE, LLC, a Delaware limited     )
   liability company individually and as the )
21 successor to JOHN MCCORDUCK,           )
   KATHLEEN MCCORDUCK, PAMELA             )
22 MCCORDUCK, SANDRA MCCORDUCK            )
   MARONA, and IMA FINANCIAL              )
23 CORPORATION, a California corporation; )
   STARK INVESTMENT COMPANY, a            )
24 California general partnership; GRUBB &)
   ELLIS REALTY INCOME TRUST,             )
25 LIQUIDATING TRUST, a California trust; )
   and DOES 1-20, inclusive,              )
26                                        )
             Defendants.                  )
27                                        )
                                          )
28
   116156
                                  1

                    SUBSTITUTION OF COUNSEL
                    Case No. CV 08 3168 EMC

1   PLEASE TAKE NOTICE that Defendants Michael R. Neely; Perry J. Neely; Gary Neely; and Michael R. Neely, Perry J. Neely and Gary Neely dba Mike's One Hour Cleaners, hereby substitute Bassi, Edlin, Huie & Blum LLP as their attorneys of record in place of Wendel, Rosen, Black & Dean LLP, 1111 Broadway, 24th Floor, Oakland, CA 94607, telephone number (510) 622-7634, facsimile number (510) 808-4679.

All pleading, orders and notices should henceforth be served upon Noel Edlin at Bassi, Edlin, Huie & Blum LLP, 351 California Street, Suite 200, San Francisco, CA 94104, telephone number (415) 397-9006, facsimile number (415) 397-1339.

Date: ~~September 22, 2009~~ 10/5/09

BASSI, EDLIN, HUIE & BLUM LLP

By: _____
NOEL EDLIN, ESQ
Attorneys for MICHAEL R. NEELY; PERRY J. NEELY; GARY NEELY; and MICHAEL R. NEELY, PERRY J. NEELY, and GARY NEELY dba MIKE'S ONE HOUR CLEANERS

Date: September 30, 2009

WENDEL, ROSEN, BLACK & DEAN LLP

By: _____
CHRISTINE NOMA, ESQ
Attorneys for MICHAEL R. NEELY; PERRY J. NEELY; GARY NEELY; and MICHAEL R. NEELY, PERRY J. NEELY, and GARY NEELY dba MIKE'S ONE HOUR CLEANERS

//
//
//

116156

2

SUBSTITUTION OF COUNSEL
Case No. CV 08 3168 EMC

1  Date:    September ___, 2009          By: _____
2
3                                        MICHAEL R. NEELY, individually and dba
                                         MIKE'S ONE HOUR CLEANERS
4
5
6  Date:    September 25, 2009
7                                        By: *[signature: Perry J. Neely]*
8                                        PERRY J. NEELY, individually and dba
                                         MIKE'S ONE HOUR CLEANERS
9
10
11 Date:    September 25, 2009
12                                       By: *[signature]*
13                                       GARY NEELY, individually and dba MIKE'S
                                         ONE HOUR CLEANERS
14
15
16                                       IT IS SO ORDERED:
17
18                                       *[signature]*
19                                       Edward M. Chen
                                         U.S. Magistrate Judge
20

116156

3

**SUBSTITUTION OF COUNSEL**
Case No. CV 08 3168 EMC

Re: **Palmtree Acquisition v. Michael R. Neely, et al.**
**United States District Court, Case No. CV 08 3168 EMC**

### PROOF OF SERVICE – ELECTRONIC TRANSMISSION

STATE OF CALIFORNIA/COUNTY OF San Francisco

I am a citizen of the United States and an employee in the County of San Francisco. I am over the age of eighteen (18) years and not a party to the within action. My business address is BASSI, EDLIN, HUIE & BLUM LLP, 351 California Street, Suite 200, San Francisco, California 94104.

On the date executed below, I electronically served the document(s) via Northern District's ECF, described below, on the recipients designated on the Transaction Receipt located on the court's website.

### SUBSTITUTION OF COUNSEL

On the following parties:

SEE SERVICE LIST PROVIDED BY THE COURT'S ECF WEBSITE

I declare under penalty of perjury that the foregoing is true and correct and that this document is executed on October 6, 2009, at San Francisco, California.

/s/ CHRISTINE GILL
_____
CHRISTINE GILL

121176

1

PROOF OF SERVICE