Nancy Sher Cohen
ncohen@proskauer.com
Reynold L. Siemens
rsiemens@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA 90067-3206
Telephone: 310.557.2900
Facsimile: 310.557.2193

Attorneys for Third Party Defendant
Cede & Co., nominee of The Depository
Trust Company, a New York trust company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALMTREE ACQUISITION CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL R. NEELY, et al.,<br><br>Defendants. | Case No. CV 08 3168 EMC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT [L.R. 6-1(b)]**<br>ORDER<br><br>Trial Date: None Set<br><br>Action Filed: July 1, 2008 |

| | |
|---|---|
| 1 | THE KIRRBERG CORPORATION, formerly known as MULTIMATIC CORPORATION, a New Jersey corporation; and STARK INVESTMENT COMPANY, L.P., a California limited partnership, |
| 2 | |
| 3 | |
| 4 | |
| 5 | Third Party Plaintiffs, |
| 6 | vs. |
| 7 | ESTATE OF HAROLD A. ELLIS, JR; CEDE & CO., nominee of The Depository Trust Company, a New York trust company; JAMES R. PROUD, an individual; DEAN BEANKS, an individual; EMMETT R. DEMOSS JR., an individual; JOHN E. HYJER, an individual; PRUDENTIAL EQUITY GROUP, LLC, formerly known as PRUDENTIAL SECURITIES, INC., a Delaware corporation; THE ANDERSON MARITAL TRUST dated February 28, 1979, as amended and restated August 31, 1994; and THE ANDERSON TAX DEFERRAL TRUST, dated February 28, 1979, as amended and restated August 31, 1994, |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | Third Party Defendants. |

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for Third-Party Plaintiffs, The Kirrberg Corporation and Stark Investment Company, L.P ("Third-Party Plaintiffs"), and for Third-Party Defendant, Cede & Co. ("CEDE"), that CEDE's time to respond to the Third-Party Complaint filed by Third-Party Plaintiffs shall be extended to and including March 18, 2010.

DATED:  DONGELL LAWRENCE FINNEY LLP

By: _____
Thomas F. Vandenburg

Attorneys for Defendant and Third Party Plaintiff THE KIRRBERG CORPORATION, formerly known as MULTIMATIC CORPORATION

1

| | | |
|---|---|---|
| 1 | DATED: 2/16/10 | GONSALVES & KOZACHENKO |
| 2 | | |
| 3 | | By: _____<br>Selena P. Ontiveros |
| 4 | | Attorneys for Defendant and Third Party Plaintiff |
| 5 | | STARK INVESTMENT COMPANY |
| 6 | | |
| 7 | DATED: 2/16/10 | PROSKAUER ROSE LLP |
| 8 | | |
| 9 | | By: _____<br>Nancy Sher Cohen |
| 10 | | |
| 11 | | Attorneys for Third Party Defendants<br>CEDE & CO., nominee of The Depository<br>Trust Company, a New York trust company |
| 12 | | |
| 13 | SO ORDERED: | |

_____
Hon. Edward M. Chen
United States District [Judge]

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT [L.R. 6-1(b)], Case No. CV 08 3168 EMC