```
 1  Paul Kozachenko, Esq., SBN: 104601
    Selena P. Ontiveros, Esq., SBN: 211790
 2  GONSALVES & KOZACHENKO
    1133 Auburn Street
 3  Fremont, CA 94538
    Telephone: (510) 770-3900
 4  Facsimile: (510) 657-9876

 5  Attorneys for Defendant and Third Party Plaintiff
    Stark Investment Company, a
 6  California general partnership

 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALMTREE ACQUISITION CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL R. NEELY, an individual; PERRY J. NEELY, an individual; GARY NEELY, an individual; MICHAEL R. NEELY, PERRY J. NEELY and GARY NEELY dba MIKE'S ONE HOUR CLEANERS; CHARLES FREDERICK HARTZ dba PAUL'S SPARKLE CLEANERS; CHARLES F. HARTZ, an individual; MULTIMATIC CORPORATION, a New Jersey corporation; WESTERN STATES DESIGN, a California corporation; MCCORDUCK PROPERTIES LIVERMORE, LLC, a Delaware limited liability company individually and as the successor to JOHN MCCORMICK, KATHLEEN MCCORDUCK, PAMELA MCCORDUCK, SANDRA MCCORDUCK MARONA, and IMA FINANCIAL CORPORATION, a California corporation; STARK INVESTMENT COMPANY, a California general partnership; GRUBB & ELLIS REALTY INCOME TRUST, LIQUIDATING TRUST, a California trust; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. CV 08 3168 EMC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** ; ORDER [L.R. 6-1(b)]<br><br>Hon. Edward M. Chen |

1

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT [L.R. 6-1(b)]

| | |
|---|---|
| 1 | THE KIRRBERG CORPORATION, formerly known as MULTIMATIC CORPORATION, a New Jersey corporation; and STARK INVESTMENT COMPANY, L.P., a California limited partnership. |
| 2 | |
| 3 | |
| 4 | Third Party Plaintiffs, |
| 5 | v. |
| 6 | ESTATE OF HAROLD A. ELLIS, JR.; CEDE & CO., nominee of The Depository Trust Company, a New York trust company; JAMES R. PROUD, an individual; DEAN BANKS, an individual; EMMETT R. DEMOSS JR., an individual; JOHN E. HYJER, an individual; PRUDENTIAL EQUITY GROUP, LLC, formerly known as PRUDENTIAL SECURITIES, INC., a Delaware corporation; THE ANDERSON MARITAL TRUST dated February 28, 1979, as amended and restated August 31, 1994; and THE ANDERSON TAX DEFERRAL TRUST, dated February 28, 1979, as amended and restated August 31, 1994, |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | Third Party Defendants. |

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for Third-Party Plaintiffs, The Kirrberg Corporation and Stark Investment Company, L.P. ("Third-Party Plaintiffs"), and for Third-Party Defendant, Estate of Harold A. Ellis, Jr. ("Ellis Estate"), that Ellis Estate's time to respond to the Third-Party Complaint filed by Third-Party Plaintiffs shall be extended to and including March 16, 2010.

DATED:                                    DONGELL LAWRENCE FINNEY LLP

                                          By: _____
                                              Thomas F. Vandenburg

                                          Attorneys for Defendant and Third-Party Plaintiff
                                          THE KIRRBERG CORPORATION, formerly known
                                          as MULTIMATIC CORPORATION, a New Jersey
                                          corporation

| | | |
|---|---|---|
| 1 | DATED: Feb. 22, 2010 | GONSALVES & KOZACHENKO |

DATED: Feb. 22, 2010    GONSALVES & KOZACHENKO

By: _____
Selena P. Ontiveros

Attorneys for Defendant and Third Party Plaintiff Stark Investment Company, a California general partnership

DATED:    STEIN & LUBIN

By: _____
Jonathan E. Sommer

Attorneys for Third Party Defendant Estate of Harold A. Ellis, Jr.

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: 3/1/10

_____
Edward M. Chen
Magistrate Judge of the United States District Court

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA