1  SAMUEL A. KEESAL, JR., CASB No. 38014
   skip.keesal@kyl.com
2  JOHN D. GIFFIN, CASB No. 89608
   john.giffin@kyl.com
3  CHRISTOPHER A. STECHER, CASB No. 215329
   christopher.stecher@kyl.com
4  KEESAL, YOUNG & LOGAN
5  A Professional Corporation
   450 Pacific Avenue
6  San Francisco, California 94133
7  Telephone: (415) 398-6000
   Facsimile: (415) 981-0136
8
9  Attorneys for Third Party Defendant
   PRUDENTIAL EQUITY GROUP, LLC,
10 formerly known as PRUDENTIAL
   SECURITIES, INC.
11

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALMTREE ACQUISITION CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL R. NEELY, et al.,<br><br>Defendant. | Case No. CV 08 3168 EMC<br><br>*Action filed: July 1, 2008*<br><br>**STIPULATION RE ENLARGEMENT OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO THIRD PARTY COMPLAINT** ; ORDER<br><br>CIV. L. R. 6-1(a) |

| | |
|---|---|
| THE KIRRBERG CORPORATION, formerly known as MULTIMATIC CORPORATION, a New Jersey corporation; and STARK INVESTMENT COMPANY, L.P., a California limited partnership, | ) ) ) ) ) ) |
| Third Party Plaintiffs, | ) ) |
| vs. | ) ) |
| ESTATE OF HAROLD A. ELLIS, JR.; CEDE & CO., nominee of the Depository Trust Company, a New York trust company; JAMES R. PROUD, an individual; DEAN BANKS, an individual; EMMETT R. DEMOSS JR., an individual; JOHN E. HYJER, an individual; PRUDENTIAL EQUITY GROUP, LLC, formerly known as PRUDENTIAL SECURITIES, INC., a Delaware corporation; THE ANDERSON MARITAL TRUST dated February 28, 1979, as amended and restated August 31, 1994; and THE ANDERSON TAX DEFERRAL TRUST, dated February 28, 1979, as amended and restated August 31, 1994, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Third-Party Defendants. | ) ) ) ) ) ) ) |

Pursuant to Civil Local Rule 6-1(a), it is hereby stipulated by and between Third Party Plaintiffs THE KIRRBERG CORPORATION, formerly known as MULTIMATIC CORPORATION and STARK INVESTMENT COMPANY, L.P. "Third Party Plaintiffs") and Third Party Defendant PRUDENTIAL EQUITY GROUP, LLC, formerly known as PRUDENTIAL SECURITIES, INC. ("Prudential"), through their respective counsel of record, that Prudential may have up to and including March 18,

2010 within which to answer, move or otherwise to respond to the Third Party Complaint in this action.

There are no scheduled events or deadlines fixed by the Court that will be altered because of this enlargement of time. Accordingly, no Court order is required for this stipulation.

DATED: March ___, 2010

_____
THOMAS F. VANDENBURG
DONGELL LAWRENCE FINNEY LLP
Attorneys for Defendant and Third-Party Plaintiff THE KIRRBERG CORPORATION, formerly known as MULTIMATIC CORPORATION, a New Jersey corporation

DATED: March ___, 2010

_____
PAUL KOZACHENKO
GONSALVES & KOZACHENKO
Attorneys for Defendant and Third-Party Plaintiff STARK INVESTMENT COMPANY

DATED: March 2, 2010

*Christopher A. Stecher*
SAMUEL A. KEESAL, JR.
JOHN D. GIFFIN
CHRISTOPHER A. STECHER
KEESAL, YOUNG & LOGAN
Attorneys For Third Party Defendant PRUDENTIAL EQUITY GROUP, LLC, formerly known as PRUDENTIAL SECURITIES, INC.

2010 within which to answer, move or otherwise to respond to the Third Party Complaint in this action.

There are no scheduled events or deadlines fixed by the Court that will be altered because of this enlargement of time. Accordingly, no Court order is required for this stipulation.

DATED: March 2, 2010

_____
THOMAS F. VANDENBURG
DONGELL LAWRENCE FINNEY LLP
Attorneys for Defendant and Third-Party Plaintiff THE KIRRBERG CORPORATION, formerly known as MULTIMATIC CORPORATION, a New Jersey corporation

DATED: March 3, 2010

_____
PAUL KOZACHENKO
GONSALVES & KOZACHENKO
Attorneys for Defendant and Third-Party Plaintiff STARK INVESTMENT COMPANY

DATED: March ___, 2010

_____
SAMUEL A. KEESAL, JR.
JOHN D. GIFFIN
CHRISTOPHER A. STECHER
KEESAL, YOUNG & LOGAN
Attorneys For Third Party Defendant PRUDENTIAL EQUITY GROUP, LLC, formerly known as PRUDENTIAL SECURITIES, INC.

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

KYL_SF501978

STIPULATION RE ENLARGEMENT OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO THIRD PARTY COMPLAINT -- CASE NO. CV 08 3468 EMC