SAMUEL A. KEESAL, JR., CASB No. 38014
skip.keesal@kyl.com
JOHN D. GIFFIN, CASB No. 89608
john.giffin@kyl.com
CHRISTOPHER A. STECHER, CASB No. 215329
christopher.stecher@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California 94133
Telephone: (415) 398-6000
Facsimile: (415) 981-0136

Attorneys for Third Party Defendant
PRUDENTIAL EQUITY GROUP, LLC,
formerly known as PRUDENTIAL
SECURITIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALMTREE ACQUISITION CORPORATION, a Delaware corporation,<br><br>      Plaintiff,<br><br>  vs.<br><br>MICHAEL R. NEELY, et al.,<br><br>      Defendant. | Case No. CV 08 3168 EMC<br><br>Action filed: July 1, 2008<br><br>SECOND STIPULATION RE ENLARGEMENT OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO THIRD PARTY COMPLAINT ; ORDER<br><br>CIV. L. R. 6-1(a) |

| | |
|---|---|
| THE KIRRBERG CORPORATION, formerly known as MULTIMATIC CORPORATION, a New Jersey corporation; and STARK INVESTMENT COMPANY, L.P., a California limited partnership, | ) ) ) ) ) ) |
| Third Party Plaintiffs, | ) ) |
| vs. | ) ) |
| ESTATE OF HAROLD A. ELLIS, JR.; CEDE & CO., nominee of the Depository Trust Company, a New York trust company; JAMES R. PROUD, an individual; DEAN BANKS, an individual; EMMETT R. DEMOSS JR., an individual; JOHN E. HYJER, an individual; PRUDENTIAL EQUITY GROUP, LLC, formerly known as PRUDENTIAL SECURITIES, INC., a Delaware corporation; THE ANDERSON MARITAL TRUST dated February 28, 1979, as amended and restated August 31, 1994; and THE ANDERSON TAX DEFERRAL TRUST, dated February 28, 1979, as amended and restated August 31, 1994, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Third-Party Defendants. | ) ) ) ) ) ) |

Pursuant to Civil Local Rule 6-1(a), it is hereby stipulated by and between Third Party Plaintiffs THE KIRRBERG CORPORATION, formerly known as MULTIMATIC CORPORATION and STARK INVESTMENT COMPANY, L.P. (collectively the "Third Party Plaintiffs") and Third Party Defendant PRUDENTIAL EQUITY GROUP, LLC, formerly known as PRUDENTIAL SECURITIES, INC. ("Prudential"), through their respective counsel of record, that Prudential may have up

to and including April 1, 2010 within which to answer, move or otherwise to respond to the Third Party Complaint in this action.

Third Party Plaintiffs previously granted one extension of time to respond to the Third Party Complaint until March 18, 2010. There are no scheduled events or deadlines fixed by the Court that will be altered because of this enlargement of time. Accordingly, no Court order is required for this stipulation.

DATED: March 17, 2010  /s/ Thomas F. Vandenburg
THOMAS F. VANDENBURG
DONGELL LAWRENCE FINNEY LLP
Attorneys for Defendant and Third-Party Plaintiff THE KIRRBERG CORPORATION, formerly known as MULTIMATIC CORPORATION, a New Jersey corporation

DATED: March 17, 2010  /s/ Selena P. Ontiveros
PAUL KOZACHENKO
SELENA P. ONTIVEROS
GONSALVES & KOZACHENKO
Attorneys for Defendant and Third-Party Plaintiff STARK INVESTMENT COMPANY

DATED: March 17, 2010  /s/ Christopher A. Stecher
SAMUEL A. KEESAL, JR.
JOHN D. GIFFIN
CHRISTOPHER A. STECHER
KEESAL, YOUNG & LOGAN
Attorneys For Third Party Defendant PRUDENTIAL EQUITY GROUP, LLC, formerly known as PRUDENTIAL SECURITIES, INC.

IT IS SO ORDERED

_____
Edward M. Chen
U.S. Magistrate Judge

*IT IS SO ORDERED — Judge Edward M. Chen* (stamp)