1 | Paul Kozachenko, Esq., SBN: 104601
Selena P. Ontiveros, Esq., SBN: 211790
2 | GONSALVES & KOZACHENKO
1133 Auburn Street
3 | Fremont, CA 94538
Telephone:   (510) 770-3900
4 | Facsimile:    (510) 657-9876

5 | Attorneys for Defendant and Third Party Plaintiff
Stark Investment Company, a
6 | California general partnership

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| PALMTREE ACQUISITION CORPORATION, a Delaware corporation, | Case No. CV 08 3168 MHP |
| Plaintiff, | |
| vs. | [~~PROPOSED~~ ORDER] TO FILE FIRST AMENDED THIRD PARTY COMPLAINT [FRCP 15(a) & 21] |
| MICHAEL R. NEELY, an individual; PERRY J. NEELY, an individual; GARY NEELY, an individual; MICHAEL R. NEELY, PERRY J. NEELY and GARY NEELY dba MIKE'S ONE HOUR CLEANERS; CHARLES FREDERICK HARTZ dba PAUL'S SPARKLE CLEANERS; CHARLES F. HARTZ, an individual; MULTIMATIC CORPORATION, a New Jersey corporation; WESTERN STATES DESIGN, a California corporation; MCCORDUCK PROPERTIES LIVERMORE, LLC, a Delaware limited liability company individually and as the successor to JOHN MCCORMICK, KATHLEEN MCCORDUCK, PAMELA MCCORDUCK, SANDRA MCCORDUCK MARONA, and IMA FINANCIAL CORPORATION, a California corporation; STARK INVESTMENT COMPANY, a California general partnership; GRUBB & ELLIS REALTY INCOME TRUST, LIQUIDATING TRUST, a California trust; | Hon. Marilyn H. Patel |

20150002/412287v1                                                                                       Case No. CV-08-3168 MHP

[PROPOSED ORDER] TO FILE FIRST AMENDED THIRD PARTY COMPLAINT

1 | and DOES 1-20, inclusive,
2 |           Defendants.
3 | THE KIRRBERG CORPORATION, formerly known as MULTIMATIC
4 | CORPORATION, a New Jersey Corporation; and STARK INVESTMENT
5 | COMPANY, L.P., a California limited partnership,
6 |
7 |           Third-Party Plaintiffs,
8 | v.
9 | MELINDA ELLIS EVERS, Successor Trustee of the Harold A. Ellis, Jr. Revocable Inter Vivos Trust Dated July 13,
10 | 2000; JAMES R. PROUD, an individual; DEAN BANKS, an individual; EMMETT
11 | R. DEMOSS JR., an individual; JOHN E. HYJER, an individual; THE ANDERSON
12 | MARITAL TRUST dated February 28, 1979, as amended and restated August 31,
13 | 1994; and THE ANDERSON TAX DEFERRAL TRUST, dated February 28,
14 | 1979, as amended and restated August 31, 1994,
15 |
16 |           Third-Party Defendants.

17
18
19       WHEREAS Third Party Plaintiffs, The Kirrberg Corporation and Stark Investment
20 Company, L.P. desire to file a First Amended Third Party Complaint;
21       WHEREAS, Defendant Estate of Harold A. Ellis, Jr. is the only party that has
22 appeared and does not oppose the filing of the First Amended Third Party Complaint;
23       THEREFORE, IT IS HEREBY STIPULATED by and between the attorneys for
24 Third Party Plaintiffs and for Third Party Defendant Estate of Harold A. Ellis, Jr. that Third Party
25 Plaintiffs be granted leave to file a First Amended Third Party Complaint, a copy of which is
26 attached, on or before May 24, 2010.
27 ///
28

20150002/412287v1       1      Case No. CV-08-3168 MHP

[PROPOSED ORDER] TO FILE FIRST AMENDED THIRD PARTY COMPLAINT

APPROVED AS TO FORM AND CONTENT:

Dated: May 24, 2010                    DONGELL LAWRENCE FINNEY LLP


By:  */s/ Thomas F. Vandenburg*
Thomas F. Vandenburg
Attorneys for Defendant and Third-Party Plaintiff
THE KIRRBERG CORPORATION, formerly
known as MULTIMATIC CORPORATION, a New
Jersey corporation


Dated: May 24, 2010                    GONSALVES & KOZACHENKO


By:  */s/ Selena P. Ontiveros*
Selena P. Ontiveros
Attorneys for Defendant and Third-Party Plaintiff
Start Investment Company, a California general
partnership


Dated: May 24, 2010                    STEIN & LUBIN LLP


By:  */s/ Jonathan E. Sommer*
Jonathan E. Sommer
Attorneys for Defendant
Estate of Harold A. Ellis, Jr.


**IT IS SO ORDERED.**


Dated: 5/25/2010
_____
Marilyn H. Patel
Judge of the United States District Court

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Marilyn H. Patel]

**Re:   Palmtree Acquisition v. Michael R. Neely, et al.
United States District Court, Case No. CV 08-3168 MHP**

**PROOF OF SERVICE—ELECTRONIC TRANSMISSION**

STATE OF CALIFORNIA/COUNTY OF LOS ANGELES

      I am a citizen of the United States and am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is DONGELL LAWRENCE FINNEY LLP, 707 Wilshire Boulevard, 45th Floor, Los Angeles, CA 90017-3609.

      On the date set forth below, I electronically served the document described below via the United States District Court-Northern District's ECF, on the recipients designated on the Transaction Receipt located on the Court's website.

**[PROPOSED ORDER] TO FILE FIRST AMENDED THIRD PARTY COMPLAINT [FRCP 15(a) & 21]**

On the following parties:

      SEE SERVICE LIST PROVIDED BY THE COURT'S ECF WEBSITE

      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I am employed in the office of a member of the bar of this court, at whose direction the service was made.

      Executed on May 24, 2010, at Los Angeles, California.

                                                    _/s/ Sheryl R. Douglas_
                                                    Sheryl R. Douglas