Paul Kozachenko, Esq., SBN: 104601
Selena P. Ontiveros, Esq., SBN: 211790
GONSALVES & KOZACHENKO
1133 Auburn Street
Fremont, CA  94538
Telephone: (510) 770-3900
Facsimile: (510) 657-9876

Attorneys for Defendant
Stark Investment Company, a
California general partnership

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALMTREE ACQUISITION CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL R. NEELY, an individual, PERRY J. NEELY, an individual; GARY NEELY, an individual; MICHAEL R. NEELY, PERRY J. NEELY and GARY NEELY dba MIKE'S ONE HOUR CLEANERS; CHARLES FREDERICK HARTZ dba PAUL'S SPARKLE CLEANERS; CHARLES F. HARTZ, an individual; MULTIMATIC CORPORATION, a New Jersey corporation; WESTERN STATES DESIGN, a California corporation; MCCORDUCK PROPERTIES LIVERMORE, LLC, a Delaware limited liability company individually and as the successor to JOHN MCCORMICK, KATHLEEN MCCORDUCK, PAMELA MCCORDUCK, SANDRA MCCORDUCK MARONA, and IMA FINANCIAL CORPORATION, a California corporation; STARK INVESTMENT COMPANY, a California general partnership; GRUBB & ELLIS REALTY INCOME TRUST, LIQUIDATING TRUST, a California trust; and DOES 1-20, inclusive,<br><br>Defendants. | Case No.  CV 08 3168 MHP<br><br>**STIPULATION AND [PROPOSED ORDER] CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>**Hon. Marilyn H. Patel**<br><br>Date:   June 28, 2010<br>Time:  2:00 p.m.<br>Courtroom:  15, 18th floor |

---

1
STIPULATION AND [PROPOSED ORDER] CONTINUING CASE MANAGEMENT CONFERENCE

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14 | THE KIRRBERG CORPORATION, formerly known as MULTIMATIC CORPORATION, a New Jersey corporation; and STARK INVESTMENT COMPANY, L.P., a California limited partnership,<br><br>          Third Party Plaintiffs,<br><br>     v.<br><br>MELINDA ELLIS EVERS, Successor Trustee of the Harold A. Ellis, Jr. Revocable Inter Vivos Trust Dated July 13, 2000; MARIAN L. ELLIS, Trustee of the Marian L. Ellis Revocable Inter Vivos Trust Dated October 31, 2003; MARIAN L. ELLIS, an individual; JAMES R. PROUD, an individual; DEAN BANKS, an individual; EMMETT R. DEMOSS JR., an individual; JOHN E. HYJER, an individual; THE ANDERSON MARITAL TRUST  dated February 28, 1979, as amended and restated August 31, 1994; and THE ANDERSON TAX DEFERRAL TRUST, dated February 28, 1979, as amended and restated August 31, 1994,<br><br>          Third Party Defendants. |

The parties who have appeared in the above-captioned action have met and conferred and jointly submit the following Stipulation and Proposed Order continuing the Case Management Conference currently scheduled for June 28, 2010 at 2:00 p.m. to September 20, 2010 at 4:00 p.m.

As explained more fully below, the Plaintiff and Defendants, with the exception of Grubb & Ellis Realty Income Trust, Liquidating Trust, ("Responding Parties") have been mediating this matter with Timothy Gallagher, Esq., along with other potentially responsible parties, and are continuing to do so, while simultaneously working cooperatively to respond to the Regional Water Quality Control Board's ("RWQCB") directives.

   1.     On June 19, 2010, Mediator Gallagher submitted an Interim Case Management Statement to the Court, which was thereafter filed on June 22, 2010 and appears as document 67 on the Court's docket.

   2.     In Mediator Gallagher's Interim Case Management Statement, he described the Responding Parties' substantial and continuing progress in settling among themselves and with

1  other potentially responsible third parties.

2  3. Mediator Gallagher also described the Responding Parties' ongoing cooperative efforts at site characterization and compliance with the RWQCB's directives. As Mediator Gallagher stated, the Responding Parties recently submitted a Work Plan to the RWQCB which will be carried out this year. It is anticipated that the final report will be submitted in the second quarter of 2011 and thereafter, a Remedial Action Plan will be submitted to the RWQCB for approval.

4. Because of the ongoing site characterization work, the Responding Parties do not yet have a complete understanding of the anticipated remediation costs, which is needed by some of the Responding Parties in order to agree on final settlement terms. The Responding Parties, however, are diligently working with their technical consultants and the RWQCB to determine, as quickly as possible, the best course of action for remediating the site.

5. Even though the cost figures necessary for a final settlement is not currently known, the Responding Parties are continuing to advance discussions among themselves and resolve matters with other parties. The Responding Parties would like to resolve this case by mediation but is cognizant of the Court's desire for a schedule. The Responding Parties believe that a continuation of the currently scheduled case management schedule to September 20, 2010 will allow them to prepare a realistic plan and schedule to present to the Court at that time.

DATED:  June 25, 2010                              GONSALVES & KOZACHENKO

                                                   By: /s/ Selena P. Ontiveros
                                                        Selena P. Ontiveros

                                                   Attorneys for Defendant & Third Party
                                                   Plaintiff Stark Investment Company, a
                                                   California general partnership

| | |
|---|---|
| DATED: June 25, 2010 | The Costa Law Firm |
| | By: /s/ Daniel P. Costa |
| |       Daniel P. Costa |
| | Attorneys for Defendant & Third Party Plaintiff Stark Investment Company, a California general partnership |
| DATED: June 25, 2010 | Cox, Castle & Nicholson, LLP |
| | By: /s/ Chad Hales |
| |       Chad Hales |
| | Attorneys for Plaintiff Palmtree Acquisition Corporation |
| DATED: June 25, 2010 | BASSI, EDLIN, HUIE & BLUM LLP |
| | By: /s/ Noel Edlin |
| |       Noel Edlin |
| | Attorneys for Defendants Michael R. Neely, Perry J. Neely, and Gary Neely, dba Mike's One Hour Cleaners |
| DATED: June 25, 2010 | Dongell Lawrence Finney, LLP |
| | By: /s/ Thomas A. Vandenberg |
| |       Thomas A. Vandenberg |
| | Attorneys for Defendant & Third Party Plaintiff The Kirrberg Corporation f/k/a Multimatic Corporation |
| DATED: June 25, 2010 | Rogers Joseph O'Donnell |
| | By: /s/ Robert C. Goodman |
| |       Robert C. Goodman |
| | Attorneys for Defendant Charles Frederick Hartz, dba Paul's Sparkle Cleaners |

| | | |
|---|---|---|
| 1 | DATED:  June 25, 2010 | Foley Mcintosh Frey & Claytor |
| 2 | | |
| 3 | | By: /s/ James D. Claytor<br>        James D. Claytor |
| 4 | | Attorneys for Defendant Western State Design |
| 5 | DATED:  June 25, 2010 | Gordon, Watrous, Ryan, Langley, Bruno & Paltenghi |

By: /s/ Bruce C. Paltenghi
        Bruce C. Paltenghi

Attorneys for Defendant McCorduck Properties Livermore, LLC

## ORDER

The Case Management Conference scheduled for June 28, 2010 at 2:00 p.m. is continued to September 20, 2010 at 4:00 p.m.  The Stipulation and Order entered by the Court on September 15, 2008 remains in effect, including the stay on discovery.

Dated:  6/25/2010

_____
Marilyn H. Patel
Judge, United States District Court

IT IS SO ORDERED
Judge Marilyn H. Patel