1  COX, CASTLE & NICHOLSON LLP
   STUART I. BLOCK (STATE BAR NO. 160688)
2  sblock@coxcastle.com
   PETER M. MORRISETTE (STATE BAR NO. 209190)
3  pmorrisette@coxcastle.com
   555 California Street, 10th Floor
4  San Francisco, California  94104
   Telephone:   (415) 392-4200
5  Facsimile:   (415) 392-4250

6  Attorneys for Plaintiff
   PALMTREE ACQUISITION CORPORATION, a Delaware
7  corporation f/k/a Catellus Development Corporation

8              UNITED STATES DISTRICT COURT

9        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  PALMTREE ACQUISITION CORPORATION, a       CASE NO. CV 08 3168 MHP
    Delaware corporation,
12
                    Plaintiff,               STIPULATION AND [PROPOSED]
13                                           ORDER TO FILE FIRST AMENDED
               vs.                           COMPLAINT
14
    MICHAEL R. NEELY, an individual; PERRY J.
15  NEELY, an individual; GARY NEELY, an
    individual; MICHAEL R. NEELY, PERRY J.
16  NEELY and GARY NEELY dba MIKE'S ONE
    HOUR CLEANERS; CHARLES FREDERICK
17  HARTZ dba PAUL'S SPARKLE CLEANERS;
    CHARLES F. HARTZ, an individual;
18  MULTIMATIC CORPORATION, a New Jersey
    corporation; WESTERN STATES DESIGN, a
19  California corporation; MCCORDUCK
    PROPERTIES LIVERMORE, LLC, a Delaware
20  limited liability company individually and as the
    successor to JOHN MCCORDUCK, KATHLEEN
21  MCCORDUCK, PAMELA MCCORDUCK,
    SANDRA MCCORDUCK MARONA, and IMA
22  FINANCIAL CORPORATION, a California
    corporation; STARK INVESTMENT COMPANY,
23  a California general partnership; GRUBB & ELLIS
    REALTY INCOME TRUST, LIQUIDATING
24  TRUST, a California trust;  and DOES 1-20,
    inclusive,
25
                    Defendants.
26

27

28

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO

57671\4006280v1

1   WHEREAS, plaintiff and all of the defendants who have appeared and are represented by

2   counsel desire to file the First Amended Complaint;

3   WHEREAS, defendant Grubb & Ellis Realty Income Trust, Liquidating Trust has not

4   appeared, is not represented by counsel and claims to have dissolved and to no longer exist;

5   WHEREAS, the First Amended Complaint adds as a defendant Northrop Grumman Systems

6   Corporation ("Northrop");

7   WHEREAS, the plaintiff and the defendants except for Grubb & Ellis Realty Income Trust,

8   Liquidating Trust, have reached a settlement with Northrop, and a condition of the settlement is that

9   this Court approve the settlement as a good faith settlement pursuant to California Code of Civil

10  Procedure Section 877.6;

11  WHEREAS, it is necessary to add Northrop as a defendant in order to obtain the good faith

12  determination from this Court.

13  THEREFORE, IT IS HEREBY STIPULATED by and between attorneys for plaintiff and the

14  defendants except for Grubb & Ellis Realty Income Trust, Liquidating Trust, that plaintiff be granted

15  leave to file the First Amended Complaint, a copy of which is attached as Exhibit A, on or before July

16  16, 2010.

17

18  APPROVED AS TO FORM AND CONTENT.

19

20

21  DATED: June 21, 2010              COX, CASTLE & NICHOLSON LLP

22

23  By: _____
                                          Stuart I. Block
24                                        Peter M. Morrisette
                                          Attorneys for Plaintiff
25                                        PALMTREE ACQUISITION CORPORATION, a
                                          Delaware corporation f/k/a Catellus Development
26                                        Corporation

27

28

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO

57671\4006280v1                                    - 2 -

STIPULATION AND [PROPOSED] ORDER TO FILE FIRST AMENDED COMPLAINT.

1

2    DATED: June ___, 2010                 BASSI MARTINI EDLIN & BLUM, LLP

3

4                                          By: _____

5                                             Noel Edin
                                              Attorneys for Defendants
6                                             MICHAEL R. NEELY, an individual; PERRY J.
                                              NEELY, an individual; GARY NEELY, an
                                              individual; MICHAEL R. NEELY, PERRY J.
7                                             NEELY and GARY NEELY dba MIKE'S ONE
                                              HOUR CLEANERS
8

9

10   DATED: June ___, 2010                 GONSALVES & KOZACHENKO

11

12                                         By: _____

13                                            Selena P. Ontiveros
                                              Attorneys for Defendant
                                              STARK INVESTMENT COMPANY, a California
14                                            general partnership

15

16   DATED: June ___, 2010                 DONGELL LAWRENCE FINNEY LLP

17

18                                         By: _____

19                                            Thomas F. Vandenburg
                                              Attorneys for Defendant
20                                            MULTIMATIC CORPORATION, a New Jersey
                                              corporation

21

22

23

24

25

26

27

28

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO       57671\4006280v1                      - 3 -

STIPULATION AND [PROPOSED] ORDER TO FILE FIRST AMENDED COMPLAINT.

1

2    DATED:  June __, 2010                BASSI MARTINI EDLIN & BLUM, LLP

3

4                                         By: _____

5                                             Noel Edin
                                              Attorneys for Defendants
                                              MICHAEL R. NEELY, an individual; PERRY J.
6                                             NEELY, an individual; GARY NEELY, an
                                              individual; MICHAEL R. NEELY, PERRY J.
7                                             NEELY and GARY NEELY dba MIKE'S ONE
                                              HOUR CLEANERS

8

9

10   DATED:  June 21, 2010                GONSALVES & KOZACHENKO

11

12                                        By: _____

                                              Selena P. Ontiveros
13                                            Attorneys for Defendant
                                              STARK INVESTMENT COMPANY, a California
14                                            general partnership

15

16   DATED:  June __, 2010                DONGELL LAWRENCE FINNEY LLP

17

18                                        By: _____

19                                            Thomas F. Vandenburg
                                              Attorneys for Defendant
20                                            MULTIMATIC CORPORATION, a New Jersey
                                              corporation

21

22

23

24

25

26

27

28

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP    57671\4006280v1                        - 3 -
SAN FRANCISCO
                    STIPULATION AND [PROPOSED] ORDER TO FILE FIRST AMENDED COMPLAINT.

1

2   DATED:  June __, 2010                    BASSI MARTINI EDLIN & BLUM, LLP

3

4                                           By: _____
                                                Noel Edin
5                                               Attorneys for Defendants
                                                MICHAEL R. NEELY, an individual; PERRY J.
6                                               NEELY, an individual; GARY NEELY, an
                                                individual; MICHAEL R. NEELY, PERRY J.
7                                               NEELY and GARY NEELY dba MIKE'S ONE
                                                HOUR CLEANERS
8

9

10  DATED:  June __, 2010                    GONSALVES & KOZACHENKO

11

12                                          By: _____
                                                Selena P. Ontiveros
13                                              Attorneys for Defendant
                                                STARK INVESTMENT COMPANY, a California
14                                              general partnership

15

16  DATED:  June 23, 2010                    DONGELL LAWRENCE FINNEY LLP

17

18                                          By: _____
                                                Thomas F. Vandenburg
19                                              Attorneys for Defendant
                                                MULTIMATIC CORPORATION, a New Jersey
20                                              corporation

21

22

23

24

25

26

27

28

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO

57671\4006280v1                          - 3 -

STIPULATION AND [PROPOSED] ORDER TO FILE FIRST AMENDED COMPLAINT.

DATED: June 22, 2010

ROGERS JOSEPH O'DONNELL

By: _____
Robert C. Goodman
Attorneys for Defendant
CHARLES FREDERICK HARTZ dba PAUL'S
SPARKLE CLEANERS; CHARLES F. HARTZ,
an individual

DATED: June __, 2010

GORDON WATROUS RYAN LANGLEY BRUNO
& PALTENGHI INC.

By: _____
Bruce Clinton Paltenghi
Attorneys for Defendant
MCCORDUCK PROPERTIES LIVERMORE,
LLC, a Delaware limited liability company
individually and as the successor to JOHN
MCCORDUCK, KATHLEEN MCCORDUCK,
PAMELA MCCORDUCK, SANDRA
MCCORDUCK MARONA, and IMA
FINANCIAL CORPORATION, a California
corporation

DATED: June __, 2010

FOLEY MCINTOSH FREY & CLAYTOR

By: _____
Jim Claytor
Attorneys for Defendant
WESTERN STATES DESIGN, a California
corporation

IT IS SO ORDERED

Dated: __7/6/2010_____

IT IS SO ORDERED

U.S. Dis

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO

57671\4006280v1

- 4 -

STIPULATION AND [PROPOSED] ORDER TO ... ENDED COMPLAINT.

1

2

DATED:  June __, 2010                    ROGERS JOSEPH O'DONNELL

3

4                                        By: _____
                                             Robert C. Goodman
5                                            Attorneys for Defendant
                                             CHARLES FREDERICK HARTZ dba PAUL'S
6                                            SPARKLE CLEANERS; CHARLES F. HARTZ,
                                             an individual
7

8

9       DATED:  June 21, 2010              GORDON WATROUS RYAN LANGLEY BRUNO
                                           & PALTENGHI INC.
10

11                                       By: _____
                                             Bruce Clinton Paltenghi
12                                           Attorneys for Defendant
                                             MCCORDUCK PROPERTIES LIVERMORE,
13                                           LLC, a Delaware limited liability company
                                             individually and as the successor to JOHN
14                                           MCCORDUCK, KATHLEEN MCCORDUCK,
                                             PAMELA MCCORDUCK, SANDRA
15                                           MCCORDUCK MARONA, and IMA
                                             FINANCIAL CORPORATION, a California
16                                           corporation

17

18

19      DATED:  June __, 2010              FOLEY MCINTOSH FREY & CLAYTOR

20

21                                       By: _____
                                             Jim Claytor
22                                           Attorneys for Defendant
                                             WESTERN STATES DESIGN, a California
23                                           corporation

24

25

26      IT IS SO ORDERED

27      Dated:_____        _____
28                                           U.S. District Court Judge

1   DATED: June __, 2010        ROGERS JOSEPH O'DONNELL

2

3

4                              By: _____

                                 Robert C. Goodman

5                                  Attorneys for Defendant

                                 CHARLES FREDERICK HARTZ dba PAUL'S

6                                  SPARKLE CLEANERS; CHARLES F. HARTZ,

                                 an individual

7

8

9   DATED: June __, 2010        GORDON WATROUS RYAN LANGLEY BRUNO

                                 & PALTENGHI INC.

10

11                                By: _____

                                 Bruce Clinton Paltenghi

12                                  Attorneys for Defendant

                                 MCCORDUCK PROPERTIES LIVERMORE,

13                                  LLC, a Delaware limited liability company

                                 individually and as the successor to JOHN

14                                  MCCORDUCK, KATHLEEN MCCORDUCK,

                                 PAMELA MCCORDUCK, SANDRA

15                                  MCCORDUCK MARONA, and IMA

                                 FINANCIAL CORPORATION, a California

16                                  corporation

17

18

19   DATED: June 21, 2010        FOLEY MCINTOSH FREY & CLAYTOR

20

21                                By: _____

                                 Jim Claytor

22                                  Attorneys for Defendant

                                 WESTERN STATES DESIGN, a California

23                                  corporation

24

25

26   IT IS SO ORDERED

27   Dated:_____                  _____

                                    U.S. District Court Judge

28

STIPULATION AND [PROPOSED] ORDER TO FILE FIRST AMENDED COMPLAINT.