1   John R. Till    SBN 178763   jtill@paladinlaw.com
    Bret A. Stone   SBN 190161   bstone@paladinlaw.com
2   Brian R. Paget  SBN 168694   bpaget@paladinlaw.com
    Paladin Law Group® LLP
3   1176 Boulevard Way
    Walnut Creek, California 94595
4   Phone: (925) 947-5700
    Fax: (925) 935-8488
5
    Counsel for Third-Party Defendants
6   ANDERSON MARITAL TRUST and
    ANDERSON TAX DEFERRAL TRUST
7

8                      UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  PALMTREE ACQUISITION<br>CORPORATION, | Case No. CV 08 3168 MHP |
| 13                        Plaintiff, | STIPULATION TO EXTEND TIME FOR THE<br>ANDERSON TRUSTS TO RESPOND TO<br>FIRST AMENDED THIRD PARTY<br>COMPLAINT |
| 14  vs. | |
| 15  MICHAEL R. NEELY, *et al.,* | |
| 16                        Defendants. | Civil L.R. 6-1(a) |
| 17 | Judge Marilyn Hall Patel |
| 18  AND RELATED CROSS CLAIMS,<br>COUNTERCLAIMS, AND THIRD PARTY<br>19  ACTIONS. | Action filed: July 1, 2008<br>Trial date: none set |
| 20 | |

21

22      IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for Third Party

23  Plaintiffs THE KIRRBERG CORPORATION ("Kirrberg") and STARK INVESTMENT COMPANY,

24  L.P. ("Stark") and Third-Party Defendants THE ANDERSON MARITAL TRUST and THE

25  ANDERSON TAX DEFERRAL TRUST  (collectively, "the Anderson Trusts") that the Anderson

26  Trusts' time to respond to Kirrberg and Stark's First Amended Third Party Complaint shall be extended

27  to and including Friday, September 10, 2010.

28  / / /

STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED THIRD PARTY COMPLAINT

1   There are no scheduled events or deadlines fixed by the Court that will be altered because of

2   this extension of time.  Accordingly, no Court order is required to effectuate this stipulation. *See* Civil

3   L.R. 6-1 (b).

4

5   SO STIPULATED:

     DATED: September 7, 2010              PALADIN LAW GROUP® LLP

6

7                                          By:        /s/
                                              _____

8                                          Brian R. Paget
                                           Counsel for Third Party Defendants
9                                          ANDERSON MARITAL TRUST and
                                           ANDERSON TAX DEFERRAL TRUST

10

11  DATED: September 7, 2010               DONGELL LAWRENCE FINNEY LLP

12
                                           By:        /s/
13                                            _____

     Ian Culver
14                                         Counsel for Third Party Plaintiff
                                           THE KIRRBERG CORPORATION

15

16  DATED: September 7, 2010               GONSALVES & KOZACHENKO

17
                                           By:        /s/
18                                            _____

     Selena P. Ontiveros
19                                         Counsel for Third Party Plaintiff
                                           STARK INVESTMENT COMPANY

20

21

22          9/8/2010



IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



-2-                                                      CV 08 3168 MHP

STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED THIRD PARTY COMPLAINT