1  Paul Kozachenko, Esq., SBN: 104601
   Selena P. Ontiveros, Esq., SBN: 211790
2  GONSALVES & KOZACHENKO
   1133 Auburn Street
3  Fremont, CA 94538
   Telephone: (510) 770-3900
4  Facsimile: (510) 657-9876

5  Attorneys for Defendant and Third Party Plaintiff
   Stark Investment Company, a California
6  general partnership

7

8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11 | PALMTREE ACQUISITION | Case No. CV 08 3168 MHP
   | CORPORATION, a Delaware corporation, |
12 | | **STIPULATION AND [PROPOSED**
   | Plaintiff, | **ORDER] CONTINUING CASE**
13 | | **MANAGEMENT CONFERENCE**
14 | vs. |
   | | **Hon. Marilyn H. Patel**
15 | MICHAEL R. NEELY, an individual, PERRY |
   | J. NEELY, an individual; GARY NEELY, an | **Date:   June 6, 2011**
16 | individual; MICHAEL R. NEELY, PERRY J. | **Time:   2:00 p.m.**
   | NEELY and GARY NEELY dba MIKE'S ONE | **Courtroom: 15, 18th floor**
17 | HOUR CLEANERS; CHARLES FREDERICK |
   | HARTZ dba PAUL'S SPARKLE CLEANERS; |
18 | CHARLES F. HARTZ, an individual; |
   | MULTIMATIC CORPORATION, a New |
19 | Jersey corporation; WESTERN STATES |
   | DESIGN, a California corporation; |
20 | MCCORDUCK PROPERTIES LIVERMORE, |
   | LLC, a Delaware limited liability company |
21 | individually and as the successor to JOHN |
   | MCCORMICK, KATHLEEN MCCORDUCK, |
22 | PAMELA MCCORDUCK, SANDRA |
   | MCCORDUCK MARONA, and IMA |
23 | FINANCIAL CORPORATION, a California |
   | corporation; STARK INVESTMENT |
24 | COMPANY, a California general partnership; |
   | GRUBB & ELLIS REALTY INCOME |
25 | TRUST, LIQUIDATING TRUST, a California |
   | trust; and DOES 1-20, inclusive, |
26 |
27 | Defendants. |

28

1
STIPULATION AND [PROPOSED ORDER] CONTINUING CASE MANAGEMENT CONFERENCE

THE KIRRBERG CORPORATION, formerly known as MULTIMATIC CORPORATION, a New Jersey corporation; and STARK INVESTMENT COMPANY, L.P., a California limited partnership,

        Third Party Plaintiffs,

  v.

DOROTHY ANDERSON, Trustee of The Anderson Marital Trust, dated February 28, 1979, as amended and restated August 31, 1994; and DOROTHY ANDERSON, Trustee of The Anderson Tax Deferral Trust, dated February 28, 1979, as amended and restated August 31, 1994,

        Third Party Defendants.

        The parties who have appeared in the above-captioned action have met and conferred and jointly submit the following Stipulation and Proposed Order continuing the Case Management Conference currently scheduled for June 6, 2011 at 2:00 p.m. to a date in October that is available on the Court's calendar.

        1.      The Plaintiff and Defendants, with the exception of Grubb & Ellis Realty Income Trust, Liquidating Trust, ("Responding Parties") have been mediating this matter with Timothy Gallagher, Esq., along with other potentially responsible parties, and are continuing to do so, while simultaneously working cooperatively to respond to the Regional Water Quality Control Board's ("RWQCB") directives.

        2.      At the last Case Management Conference on September 27, 2010, the Court "administratively closed" the case, subject to the Parties' notice to put the case back on calendar. The Third Amended Third Party Complaint was filed on March 21, 2011 against Third Party Defendants Dorothy Anderson, Trustee of The Anderson Marital Trust, dated February 28, 1979, as amended and restated August 31, 1994; and Dorothy Anderson, Trustee of The Anderson Tax Deferral Trust, dated February 28, 1979, as amended and restated August 31, 1994.  The deadline for Third Party Defendants to respond is June 1, 2011.

3. Since the last Case Management Conference, the Responding Parties, through their various technical consultants, have implemented a work plan that the RWQCB had approved. On March 31, 2011, the Responding Parties submitted a Remedial Investigation report to the RWQCB containing a summary of their technical investigation of the site and proposed remedial alternatives. The RWQCB is currently reviewing the Responding Parties' report. In the meantime, the Responding Parties are requesting bids from contractors for the design and installation of remedial actions proposed in their report.

4. The Responding Parties are currently engaged in mediation with Mr. Gallagher to fund the recommended remedial actions. These sessions, which are presently underway, are scheduled through July 2011.

5. Therefore, to allow the Responding Parties to continue their informal negotiations between themselves with Mr. Gallagher, the Responding Parties stipulate that the case management conference currently scheduled for June 6, 2011 be continued to a date in October that is available on the Court's calendar.

DATED: May 26, 2011					Gonsalves & Kozachenko


						By:   /s/ Selena P. Ontiveros
							Selena P. Ontiveros

						Attorneys for Defendant & Third Party
						Plaintiff Stark Investment Company, a
						California general partnership

DATED: May 26, 2011					The Costa Law Firm


						By:   /s/ Daniel P. Costa
							Daniel P. Costa

						Attorneys for Defendant & Third Party
						Plaintiff Stark Investment Company, a
						California general partnership

1  DATED: May 26, 2011                      Cox, Castle & Nicholson, LLP
2
3                                            By:   */s/ Peter Morrisette*
4                                                    Peter Morrisette
5                                            Attorneys for Plaintiff
                                             Palmtree Acquisition Corporation
6
7  DATED: May 26, 2011                      Bassi, Edlin, Huie & Blum LLP
8
9                                            By:   */s/ Noel Edlin*
                                                     Noel Edlin
10
11                                           Attorneys for Defendants
                                             Michael R. Neely, Perry J. Neely, and
12                                           Gary Neely, dba Mike's One Hour Cleaners
13 DATED: May 26, 2011                      Dongell Lawrence Finney, LLP
14
15                                           By:   */s/ Thomas A. Vandenburg*
                                                     Thomas A. Vandenburg
16
17                                           Attorneys for Defendant & Third Party
                                             Plaintiff The Kirrberg Corporation f/k/a
18                                           Multimatic Corporation
19 DATED: May 26, 2011                      Rogers Joseph O'Donnell
20
21                                           By:   */s/ Robert C. Goodman*
                                                     Robert C. Goodman
22
23                                           Attorneys for Defendant Charles Frederick
                                             Hartz, dba Paul's Sparkle Cleaners
24
25
26
27
28

| | | |
|---|---|---|
| 1 | DATED: May 26, 2011 | Gordon, Watrous, Ryan, Langley, Bruno & Paltenghi |

By:   */s/ Bruce C. Paltenghi*
        Bruce C. Paltenghi

Attorneys for Defendant McCorduck Properties Livermore, LLC

DATED: May 26, 2011                Castellon & Funderburk LLP

By:   */s/ Ruben A. Castellon*
        Ruben A. Castellon

Attorneys for Defendant McCorduck Properties Livermore, LLC

DATED: May 26, 2011                Foley Mcintosh Frey & Claytor

By:   */s/ James D. Claytor*
        James D. Claytor

Attorneys for Defendant Western State Design

### ORDER

The Case Management Conference scheduled for June 6, 2011 at 2:00 p.m. is continued to October 24, 2011 at 3:00 p.m. The Stipulation and Order entered by the Court on September 15, 2008 remains in effect, including the stay on discovery.

Dated: 5/27/2011

**IT IS SO ORDERED**
Judge Marilyn H. Patel

Marilyn H. Patel
Judge of the United States District Court