COX, CASTLE & NICHOLSON LLP
STUART I. BLOCK (STATE BAR NO. 160688)
sblock@coxcastle.com
PETER M. MORRISETTE (STATE BAR NO. 209190)
pmorrisette@coxcastle.com
555 California Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 392-4200
Facsimile: (415) 392-4250

Attorneys for Plaintiff
PALMTREE ACQUISITION CORPORATION, a Delaware
corporation f/k/a Catellus Development Corporation

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PALMTREE ACQUISITION CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL R. NEELY, an individual; PERRY J. NEELY, an individual; GARY NEELY, an individual; MICHAEL R. NEELY, PERRY J. NEELY and GARY NEELY dba MIKE'S ONE HOUR CLEANERS; CHARLES FREDERICK HARTZ dba PAUL'S SPARKLE CLEANERS; CHARLES F. HARTZ, an individual; MULTIMATIC CORPORATION, a New Jersey corporation; WESTERN STATES DESIGN, a California corporation; MCCORDUCK PROPERTIES LIVERMORE, LLC, a Delaware limited liability company individually and as the successor to JOHN MCCORDUCK, KATHLEEN MCCORDUCK, PAMELA MCCORDUCK, SANDRA MCCORDUCK MARONA, and IMA FINANCIAL CORPORATION, a California corporation; STARK INVESTMENT COMPANY, a California general partnership; GRUBB & ELLIS REALTY INCOME TRUST, LIQUIDATING TRUST, a California trust; NORTHROP GRUMMAN SYSTEMS CORPORATION, a Delaware corporation; and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO. CV 08 3168 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO FILE SECOND AMENDED COMPLAINT** |
| AND RELATED ACTIONS | |

1  WHEREAS, plaintiff and all of the defendants who have appeared, not been dismissed and are
2  represented by counsel desire to file the Second Amended Complaint;

3  WHEREAS, defendant Grubb & Ellis Realty Income Trust, Liquidating Trust has not
4  appeared, is not represented by counsel and claims to have dissolved and to no longer exist, and
5  defendant Northrop Grumman Systems Corporation has settled this matter and been dismissed with
6  prejudice;

7  WHEREAS, the Second Amended Complaint clarifies plaintiff's intent to include in the
8  original complaint and/or adds as defendants John McCorduck, Kathleen McCorduck, Pamela
9  McCorduck, Sandra McCorduck Marona, (collectively the "McCorduck Defendants") and IMA
10 Financial Corporation, a California corporation ("IMA");

11 WHEREAS, the McCorduck Defendants and IMA are prior owners of the Miller's Outpost
12 Shopping Center, which is one of the two shopping centers at issues in this litigation;

13 WHEREAS, as prior owners of the Miller's Outpost Shopping Center, the McCorduck
14 Defendants and IMA face potential liability for the claims in plaintiff's complaint; and

15 WHEREAS, plaintiff and the defendants believe that clarifying and/or adding the McCorduck
16 Defendants and IMA will facilitate settlement of this matter.

17 THEREFORE, IT IS HEREBY STIPULATED by and between attorneys for plaintiff and the
18 defendants (except for Grubb & Ellis Realty Income Trust, Liquidating Trust and Northrop Grumman
19 System Corporation) that plaintiff be granted leave to file the Second Amended Complaint, a copy of
20 which is attached as Exhibit A, on or before July 16, 2011.

22 APPROVED AS TO FORM AND CONTENT.

| | | |
|---|---|---|
| DATED: June 23, 2011 | | COX, CASTLE & NICHOLSON LLP |

By:  /s/
Peter M. Morrisette
Attorneys for Plaintiff
PALMTREE ACQUISITION CORPORATION, a Delaware corporation f/k/a Catellus Development Corporation

DATED: June 23, 2011                           BASSI MARTINI EDLIN & BLUM, LLP

By:  /s/
Noel Edin
Attorneys for Defendants
MICHAEL R. NEELY, an individual; PERRY J. NEELY, an individual; GARY NEELY, an individual; MICHAEL R. NEELY, PERRY J. NEELY and GARY NEELY dba MIKE'S ONE HOUR CLEANERS

DATED: June 23, 2011                           GONSALVES & KOZACHENKO

By:  /s/
Selena P. Ontiveros
Attorneys for Defendant
STARK INVESTMENT COMPANY, a California general partnership

DATED: June 23, 2011                           DONGELL LAWRENCE FINNEY LLP

By:  /s/
Thomas F. Vandenburg
Attorneys for Defendant
MULTIMATIC CORPORATION, a New Jersey corporation

LAW OFFICES OF
COX, CASTLE & NICHOLSON LLP
SAN FRANCISCO

57671\4087395v1                           - 3 -
STIPULATION AND [PROPOSED] ORDER TO FILE SECOND AMENDED COMPLAINT.

| | | |
|---|---|---|
| 1 | DATED: June 23, 2011 | ROGERS JOSEPH O'DONNELL |
| 2 | | |

DATED: June 23, 2011    ROGERS JOSEPH O'DONNELL

By: _____/s/_____
Robert C. Goodman
Attorneys for Defendant
CHARLES FREDERICK HARTZ dba PAUL'S SPARKLE CLEANERS; CHARLES F. HARTZ, an individual

DATED: June 23, 2011    GORDON WATROUS RYAN LANGLEY BRUNO & PALTENGHI INC.

By: _____/s/_____
Bruce Clinton Paltenghi
Attorneys for Defendant
MCCORDUCK PROPERTIES LIVERMORE, LLC, a Delaware limited liability company individually and as the successor to JOHN MCCORDUCK, KATHLEEN MCCORDUCK, PAMELA MCCORDUCK, SANDRA MCCORDUCK MARONA, and IMA FINANCIAL CORPORATION, a California corporation

DATED: June 23, 2011    FOLEY MCINTOSH FREY & CLAYTOR

By: _____/s/_____
Jim Claytor
Attorneys for Defendant
WESTERN STATES DESIGN, a California corporation

IT IS SO ORDERED

Dated: 6/27/11

_____
Judge Edward M. Chen

*IT IS SO ORDERED* (seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA)

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO

57671\4087395v1    - 4 -
STIPULATION AND [PROPOSED] ORDER TO FILE SECOND AMENDED COMPLAINT.