UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALMTREE ACQUISITION CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>MICHAEL R. NEELY, *et al.*,<br><br>　　　　Defendants.<br>_____/<br><br>KIRRBERG CORPORATION, *et al.*,<br><br>　　　　Third-Party Plaintiffs,<br><br>　　　v.<br><br>DOROTHY ANDERSON, Trustee of The Anderson Marital Trust and The Anderson Tax Deferral Trust,<br><br>　　　　Third-Party Defendant.<br>_____/ | No. C-08-3168 EMC<br><br><br>**ORDER RE SUR-REPLY** |

　　　　The Trustee has filed a motion to dismiss certain claims asserted in Third-Party Plaintiffs' fourth amended third-party complaint ("FATC"). On October 5, 2011, the Trustee filed a reply brief in support of its motion. In the reply brief, the Trustee raises new arguments that could have been raised in its opening motion. Moreover, it expands the request for relief -- *i.e.*, asking for dismissal of the entire FATC and not simply the two claims initially identified in its opening brief. While the Court should arguably strike the reply brief for those reasons, in the interest of justice, it shall not do

so and instead shall give Third-Party Plaintiffs an opportunity to file a sur-reply. Third-Party Plaintiffs have leave to file a sur-reply, not to exceed fifteen pages in length, by October 12, 2011.

     IT IS SO ORDERED.

Dated: October 5, 2011

                                            _____
                                            EDWARD M. CHEN
                                            United States District Judge