UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PALMTREE ACQUISITION CORPORATION,

      Plaintiff,

    v.

MICHAEL R. NEELY, et al.,

      Defendants.
_____/

No. C08-3168 EMC

**ORDER**
**(Sixty-Day Conditional Dismissal)**

    An order granting motion for determination of good faith settlement has been filed and the parties hereto, by their counsel, having advised the Court that there is no further litigation against Grubb & Ellis,

    IT IS HEREBY ORDERED that this action (including claims against defendant Grubb & Ellis) is dismissed with prejudice and that all dates are hereby vacated; provided, however, that if any party hereto shall certify to this Court, with a proof of service of a copy on opposing counsel, within 60 days from the date hereof, that the agreed consideration for the settlement has not been delivered over, this Order shall stand vacated, and the action shall be restored to the calendar to be set for trial.

    IT IS SO ORDERED.

Dated: February 14, 2014

                                              _____
                                              EDWARD M. CHEN
                                              United States District Judge